# EXHIBIT C

**Excerpts from Website Retrieved on May 11, 2022 at:**

**https://www.circular.xyz/shop**

