# EXHIBIT E

**Excerpts from Website Retrieved on May 11, 2022 at:**

**https://www.linkedin.com/company/circularing**




