# EXHIBIT G

**Excerpts from Website Retrieved on May 11, 2022 at:**

**https://www.circular.xyz/features**







3

4







6

Learn more →



### Quantify your physical activities with empowering metrics

Circular keeps track of your daily activities and fitness goals at any time.

— Activity overview

Quickly see when you've practiced sports. Edit your activity logs.

— Activity metrics

Quantify each component of your physical activity.
Automatic activity recognition, Activity intensities and volumes, Steps counter, Walking equivalency, Calories burned, Temperature, Cardio points, VO2 max, Recovery, Heart training zone.

— Activity graphs

In depth information about numerous metrics for you to quantify your current performance and compare it to your own short-and long-term trends to get to know your evolution.

Learn more →

### Find the perfect health balance

Monitor your overall wellness and energy with day & night advanced cross analyses.

— Wellness metrics

Make your own wellness extra correlation with advanced metrics.
HRV, Heart recovery, RHR, Sleep balance, Temperature, Breathing rate,Heart rate, SpO2, Energy Score®.

— Energy score

The score reflects your energy level for the day based on your sleep and activity data. Get to know when you can push yourself to max out your daily performances or when you may take it easy.

— Wellness graphs

You can compare your wellness metrics to your own short- and long-term trends and get to understand the impact of your lifestyle on your well-being in order to improve it.




Learn more →

### Empower your abilities

Complementary features around empowerment & productivity



**Personal & smart Alarm Clock**

**Finally a good waking experience.** Smart, noninvasive and silent at the same time. Circular can study your sleep and smoothly wake you up during the light sleep stage, without disturbing your surroundings thanks to silent vibrations.

**Alert notifications (coming soon)**

**Connected. Not distracted.** Calendar, reminders, timer or social notifications right on your finger with discreet vibrations to never miss out on what's important to you.

**Smart controls (coming soon)**

**Control your surroundings.** Immediate action on the things you do most. Control your devices thanks to your ring's button.

English >

7





8



