# EXHIBIT H

**Excerpts from Website Retrieved on May 11, 2022 at:**

**https://www.circular.xyz/**







## Biohack your way to better health

Circular will help you take back control on your health. The ring continuously monitors your bio-signals and alerts you if anything is unusual. Use Circular to check on your immune system readiness with proactive monitoring. Understand the effect of your lifestyle and environment on your health and benefit from appropriate recommendations to make informed behavioral decisions on a daily basis.

I WANT TO BE MORE ➜





















The ultimate day & night companion

# Designed for every moment of your life



### Changeable outer shells

Adapt the look of your ring to different situations at any time. Choose from an array of changeable outer shells with different colors and builds.

**Black Fit**

DESIGN        Designed for high resistance to scratches

PROPERTIES    High-grade alloy of stainless steel and carbon fiber
              with resistant black coating

See all specs ➔

---

➔ SKIP THE HASSLE, NOT THE ACCURACY
Continuous monitoring with clinical-grade accuracy

➔ DURABLE AND RESISTANT
Waterproof and reliable for all your activities

➔ WON'T GET IN YOUR WAY
Blends in your everyday life with comfort & discretion