# EXHIBIT J

**Excerpts from Website Retrieved on May 11, 2022 at:**

**https://www.circular.xyz/post/what-are-biosensors**

# What Are Biosensors and How Do They Work?

Whether you've heard about wearable health-tracking devices or own one yourself, there are a lot of variables that make this technology so effective. So, how do they work?



### Adiasa

CTO at Circular, Adiasa is passionate about microelectronics and sensors. He makes electronics alive between two jokes.

January 17, 2022

It seems like new technology for health and fitness has been popping up everywhere for a while now. It can be challenging to navigate the use of each product, which one is right for you, and most importantly, how they work.

From sleep to exercise to weight loss, this sophisticated technology gives you valuable insight into improving your lifestyle, and that's only the beginning. Some products can also detect symptoms of an oncoming illness and your mental health, like stress levels.

To put it mildly: this is health technology like you've never seen before. But how can something so small and accessible allow you to keep track of and record everything you'll need to know about your health? It's a complicated process to produce and receive accurate results, but it's never been easier for the consumer to use.

A lot of technology goes into health tracking devices, but one variable is a key component in ensuring you are getting accurate results: biosensors.

Biosensors have a lot of uses, such as environmental monitoring and drug detection, but one of their main functions has been their development and involvement with wearable health-tracking accessories.

Their growth and expansion into the personal health tracking world have been astonishing. Below, you'll find two ways of breaking down what biosensors are and how they work.

Biosensors are both simple and intricate. Let's learn more about the inner workings of Biosensors and how they can benefit our health.

# The Simplicity of Biosensors

Before we dive into the intricacies of biosensors, it is important to understand their basic uses and functions.

First, let's take a look at the word itself. The "bio" stands for biological. So, if the word is broken down into two parts, we're left with the biological and sensor parts.

Those are the two biggest variables that allow this technology to work if we're going off that — your biological components and the sensor that comes with it. Both are crucial elements in making this technology work, as the sensors need something to detect to receive the proper information.

## What Exactly Are Biosensors?

Biosensors can be looked at in two different parts.

The first is an easy one: you. We may believe we know ourselves, but this technology gives us a deeper and more analytical understanding of how our bodies function during exercise, sleep, rest, stress, and illness.

Every decision we make throughout the day influences how our bodies will react at the moment and later on.

Haven't you always wondered why you couldn't seem to get a good night's sleep? Or why do certain exercise routines work for you, and others don't? Or why your heart rate begins to increase at random times? Now you can know, thanks to biosensors.

For some people, an example might be drinking caffeine too late. This can be detrimental to our sleeping patterns as it is likely you'll have a difficult time falling asleep. Or, perhaps you've held off a school or work assignment until the last minute, and this increases your stress levels.

All of these decisions might seem harmless in the moment, but they can all have an impact on your energy levels, mental and physical state, and so much more.

Biosensors can help you discover what decisions have led to decreased energy levels throughout your day. Conversely, they can also help you understand what you've been doing well, like going to bed earlier or a good workout routine.

This technology can cover nearly everything involved with you internally. Your biosignals are radiating every second of every day, and up until recently, there were very limited ways in which you could record this information as often as you now can with biosensors.

That's the bio portion of this technology. Now, let's take a look at the second half.

The sensor. This technology detects the seemingly infinite amount of invisible biosignals your body gives off throughout the day and night. The sensor then transfers these signals to the proper source, i.e. your wearable health tracking device.

The information is then processed and fed directly to you. From there, you'll be able to see the hidden beauty of how our bodies work throughout various activities such as sleep and exercise.

That's the goal of personal health biosensors. The insight you'll gain is priceless. Nothing will help your health goal more than knowing the specifics of what you can improve on and how your body responds to different types of activity.

If that explanation wasn't thorough enough for you, don't worry. There's a lot more.

4

# The Intricacy of Biosensors

Brace yourselves, we're about to get scientific.

Biosensors are often described as "an analytical tool for the analysis of bio-material samples to gain an understanding of their bio-composition, structure, and function by converting a biological response into an electrical signal."

The body sends out signals when we're sleeping, exercising, eating, and pretty much every second we're alive. Still, they are often too small and fragile to capture through other technology. Biosensors are much stronger and can convert these signals electronically.

Biosensors incorporate built-in technology you would often find at a doctor's office. From a simple stethoscope and thermometer to more sophisticated tech such as MRI and ultrasound machines components, biosensors can truly do it all.

Once the signal is received, the biosensors translate the body data into numbers and information we can understand. It's a complex process that can be difficult to be broken down into a simpler definition.

Let's look at how the Circular ring uses this technology and how it can help you.

# Introducing: The Circular Ring

Circular is your health companion that's always there to help throughout your journey. From sleeping patterns to workout routines, we use groundbreaking technology to let you know what's going on in your body.

Circular utilizes biosensors to help track your heart rate, general physical activity, sleep, temperature variations, and more. Statistical information on all of these categories is essential in helping you understand how you can improve your physical and mental performance.

It can record and capture your body signals through the use of its biosensors. The processing capabilities of the ring send the signals to the app on your phone via Bluetooth. From there, you can view your progress in whichever physical or mental health category you are working on improving.

For example, let's say you often have trouble getting a good night's sleep. If you go to bed with Circular on, the sensors can detect if you are asleep or awake.

Because there are multiple stages of sleep, Circular can see when you are struggling to rest. Utilizing biosensors to analyze what you did throughout the day, how long it took you to fall asleep, and when or if your heart rate begins to jump will allow you to gain valuable insight into further improving your sleep cycle and rest periods.

The sensors can also detect what workout activity you're doing and your heart rate while you're doing it. It's truly amazing technology, and with the help of your own personal assistant, Kira, tracking and correlating your health data has never been easier or more beneficial.

The technological supremacy of biosensors is unmatched. As they continue to evolve and develop, our product grows with it. Good luck on your health journey!

Sources:

Introduction to Biosensors | PMC

Introduction and overview of biosensors and electrochemistry | Florida International University

Biosensors | IEEE/EMB