# EXHIBIT K

**Excerpts from Website Retrieved on May 11, 2022 at:**

**https://www.circular.xyz/help#FAQ**



## FEATURES

### — Do I have to pay to get access to the Circular app?

No, it will always remain free with the purchase of a Circular ring. The only cost if the one time fee of the ring itself.

### — How does Circular measure my body signals?

The ring first collects the body signals it needs thanks to its biosensors (green, infrared & red optical pulse sensor, 3-axis accelerometer, and temperature sensors). The ring contains a built-in processor that will process the data and send the data by Bluetooth to the Circular mobile app for analysis. The Circular app uses machine learning to better understand your habits and offer a personal experience with personalized recommendations to improve your lifestyle.

### — How does Circular measure my heart rate?

When your heart beats, your capillaries expand, and contract based on blood volume changes. The optical heart rate sensor (PPG) in your Circular ring flashes its LEDs rapidly on the arteries of your finger's palm side to detect blood volume changes. Your device calculates the number of times your heart beats per minute (BPM), which is your heart rate.

### — How does Circular track my sleep?

Circular tracks your sleep thanks to the correlation of the data collected by the PPG sensor, the temperature sensor, and the motion sensor. The biometrics of your body evolve during your sleep and your biometrics are in very specific states at each stage of your sleep. That's how the ring monitors whether or not you are sleeping and in what sleep stage you are in. Circular tracks many other sleep factors to let you understand your sleep and improve it in the long run.

### — Does Circular track my heart rate during exercise?

**Yes**, Circular tracks heart rate during exercise and many other activities. It automatically detects the activity you are doing. You can also input your activities manually in the in-app calendar.

### — How does Circular track my heart rate variability?

Circular tracks your heart rate variability (HRV) while you sleep, and during restful moments during the day. It calculates your HRV from the rMSSD, a well-known and validated HRV parameter that provides a good view on your Autonomic Nervous System activity.

### — What if I lose my ring? Do I lose my data?

For the very first use, you will have to create an account on the app. Your Circular ring will be registered to this account once it is paired. A profile will be created, and all your related data will be stored on an encrypted personal account. That way, if you lose your ring, you'll still be able to have access to your data and continue with another one, right where you left off.

3

## USE

### — How do I turn on/off my Circular ring?

It's so simple that you have nothing to do yourself. There is no on / off button on the ring, it knows when you are wearing it or not and goes into standby by itself if you don't wear it.

### — Can I put my ring in airplane mode?

**Yes**, if you prefer to keep Bluetooth off completely, you can enable ring airplane mode to cut all radio transmission from the ring. Circular uses Bluetooth to sync your ring's data with the app and to send notifications, but it doesn't need to be connected to your phone to collect your biological data. The ring can store data for up to 10 days. Just take your ring out of airplane mode and it will begin syncing all your stored data.

### — How do I connect my Circular ring to my phone?

Launch your mobile application. The app will ask you to give it permission to access your Bluetooth and localization and then launch the pairing process. You will no longer have to perform the pairing process in the future. The ring can be paired to one device at a time but an account can be paired to several rings. Your data is stored on your personal account and you will have access to all your data on other phones.

### — Can I wear the ring at the gym?

Yes, the ring is safe. It is recommended to wear a special outer-shell for sports as it will scratch faster. Like regular jewelry, Circular can scratch if worn while lifting weights or gripping bars, or when scraping against metal, ceramics or stone.

4

### — Can I wear the ring underwater?

Yes, the ring is waterproof - perfect for washing your hands, showering, or even going for a swim (5m deep).

### — Can I wear my ring during a sauna or in the high mountains?

Yes, absolutely.

### — What if I don't have my phone with me? Will I lose my data?

The ring has a built-in memory of 10 days which means that if your phone is not available, it can collect and store your biometrics for up to 10 days. Past this time without synchronization with your smartphone, the data storage will happen as a First In First Out pattern, which means that the new days of data will overwrite the oldest ones.

### — Are the waves from the Circular ring dangerous for me?

Although the 800MHz to 2 GHz radiofrequency output of a Bluetooth device is negligible for your health, the Circular ring automatically goes on "sleep mode" when it detects a sleeping state, meaning it is functioning without Bluetooth during your sleep while still capturing your body signals. It will synchronize with the app when you wake up. The Circular ring is a Bluetooth Smart class 2 device. Bluetooth is only active on the ring for short periods of time, well below 1% of the day. Data is transmitted more continuously when the ring syncs with the app, and during firmware updates. Additionally, the Bluetooth signal and advertising are turned off when you're inactive or sleeping. The limit for SAR (Specific Absorption Rate) for a device such as the Circular ring is 2.0 W/kg for head and body. The Circular ring's SAR level is 0.0003 W/kg.

### ➖ How do I charge my Circular ring?

Directly connect the Circular USB C charger to a USB C socket or use the supplied USB cable. Simply place the magnetic pins that are located on the flat part of your Circular ring onto the magnetic pins of the charger. The pins of the charger will be in contact with those of your ring so that it can be charged. A LED on the charger turns on to notify you of when the ring charges. The charger turns off when your Circular ring is fully charged.

## ORDERS & RETURNS

### ➖ What's included in my ring order?

Every Circular ring order includes the following items:

- The Circular ring
- The outer-shell(s) of your choice
- A ring charger

### ➖ What's Circular's return policy?

You may return your fully functional and undamaged Circular product for any reason within 14 days of receipt of your ring for a full refund. Shipping and handling charges are not refundable. For detailed instructions, please see **the returns page.**

6