# EXHIBIT L

**Excerpts from Website Retrieved on May 11, 2022 at:**

**https://www.circular.xyz/sleep**









# The most advanced wearable tracking device

## What you are missing out on with a non efficient sleep







- Immune system against illnesses and cardiovascular diseases
- Productivity, cognitive ability and focus
- Stress, mood and weight management

## How much do you actually know about your sleep?

- HOW MUCH SLEEP SHOULD YOU GET?
- YOUR DURATION OF REAL SLEEP?
- THE DURATION OF YOUR SLEEP CYCLE?
- YOUR NUMBER OF SLEEP CYCLE?
- WHAT IS YOUR OPTIMAL SLEEP SCHEDULE?
- YOUR REM SLEEP DURATION?
- HOW TO LOWER YOUR TIME TO FALL ASLEEP?
- DO YOU HAVE SLEEP INERTIA, SLEEP APNEA?
- WHAT IS THE EFFECT OF YOUR CURRENT SLEEP ON YOUR ENERGY?



## Biohack your way to better sleep

Make the most of your day by improving your sleep journey

**1.** Track your sleep each night and trends over time.

**2.** Understand your sleep and learn about the parameters that positively or negatively impact your sleep quality and how it correlates with your days.

**3.** Build better habits for better rest.

**4.** Wake up with energy with a silent & smart alarm clock.

I WANT TO BE MORE ➡



## A good waking experience for a good start of the day

Waking up in a light sleep stage helps to limit sleep inertia. If you are tired of waking up in a bad mood but would rather wake up with energy then Circular will help you.

Smart, noninvasive and silent at the same time. Circular can study your sleep and smoothly wake you up during the light sleep stage, without disturbing your surroundings thanks to silent vibrations.

I WANT TO BE MORE ➡

4

5

