# EXHIBIT N

**Excerpts from Website Retrieved on May 11, 2022 at:**

**https://www.linkedin.com/feed/update/activity:6908781006237659136**


