# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| ŌURA HEALTH OY, | |
| Plaintiff, | Case No. 6:22-cv-00478 |
| v. | |
| CIRCULAR SAS, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Plaintiff Ōura Health Oy submits the following Corporate Disclosure Statement:

Ōura Health Oy is a privately held Finnish osakeyhtiö with its principal place of business at Elektroniikkatie 10, 90590, Oulu, Finland.  Plaintiff Ōura Health Oy discloses that it has no parent company and that no public company owns ten percent (10%) or more of Ōura Health Oy.

Dated: May 11, 2022

Respectfully submitted,

By: */s/ John A. Yates*

John A. Yates
Attorney In Charge
Texas Bar No. 24056569
jyates@pattersonsheridan.com

B. Todd Patterson
Texas Bar No. 00789537
tpatterson@pattersonsheridan.com

Kyrie Cameron
Texas Bar No. 24097450
kcameron@pattersonsheridan.com

Edgar N. Gonzalez
Texas Bar No. 24097450
egonzalez@pattersonsheridan.com

Joshua H. Park
Texas Bar No. 24121766
jpark@pattersonsheridan.com

**Patterson + Sheridan LLP**
24 Greenway Plaza, Suite 1600
Houston, Texas 77046
(Tel): 713-623-4844
(Fax): 713-623-4846

Abelino Reyna
Texas Bar No. 24000087
areyna@pattersonsheridan.com

**Patterson + Sheridan LLP**
729 Washington Ave., Suite 200
Waco, Texas 76701
(Tel.): 254-777-5248
(Fax): 877-777-8071

*Attorneys for Plaintiff,*
*Ōura Health Oy*