# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**OURA HEALTH OY,**
*Plaintiff*

V.   Civil Action No. **6:22−CV−00478−ADA**

**CIRCULAR SAS,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Circular SAS**
     **34 Avenue des Champs−Elysees**
     **75008, Paris, France**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

> **John Allen Yates**
> **Patterson & Sheridan, LLP**
> **24 Greenway Plaza, Suite 1600**
> **Houston, TX 77046**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**
CLERK OF COURT

**s/SUZANNE MILES**
DEPUTY CLERK

**ISSUED ON 2022−05−19 14:59:47**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-cv-00478-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Circular SAS, SERVE: Texas Secretary of State

was received by me on *(date)* May 19, 2022          .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served Circular SAS by mailing the summons to the Texas Secretary of State on May 19, 2022, recieved May 20, 2022.  The Texas Secretary of State is designated by law to accept service of process on behalf of Circular SAS. The Secretary of State Certificate is attached showing that the Summons and Original Complaint of Patent infringment was mailed to Circular SAS.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  06/22/2022

*Server's signature*: John Allen Yates

John A. Yates
*Printed name and title*

24 Greenway Plaza, Suite 1600 Houston, TX 77046
*Server's address*

Additional information regarding attempted service, etc:

Two copies of the following documents were mailed to the Texas Secretary of State on May 19, 2022:  Summons, Original Complaint for Patent Infringment (Dkt. 1), including exhibits, the Civil Cover Sheet (Dkt. 1-15), the Corporate Disclosure Statement (Dkt. 2), and Form AO 120 (Dkt. 3). Per the accompanying Certificate from the Texas Secretary of State, a copy of the Summons and Original Complaint for Patent Infringment were recieved on May 20, 2022 and forwarded on June 15, 2022 by registred mail to Circular SAS.



# The State of Texas
## Secretary of State

2022-339275-1

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Original Complaint for Patent Infringement in the cause styled:

>   Oura Health Oy vs Circular SAS
>   United States District Court, Western District of Texas
>   Cause No: 622CV00478ADA

was received by this office on May 20, 2022, and that a copy was forwarded on June 15, 2022, by REGISTERED MAIL, return receipt requested to:

>   Circular SAS
>   34 Avenue des Champs-Elysees
>   75008, Paris
>   France

Date issued: June 16, 2022

John B. Scott
Secretary of State
GF/mo