# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ōura Health Oy, | |
| Plaintiff, | Case No. 6:22-cv-00478-ADA |
| v. | |
| Circular SAS, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## NOTICE

Plaintiff Ōura Health Oy ("Ōura") submits a second *Whitney* Certificate issued by the Texas Secretary of State on August 18, 2022, attached hereto as Exhibit A. *See also* Dkt. 6. In addition, Ōura submits a copy of the cover letter sent to the Texas Secretary of State as part of the service of process, attached hereto as Exhibit B.

Dated: August 23, 2022

Respectfully submitted,

By: */s/ John A. Yates*

John A. Yates
Attorney In Charge
Texas Bar No. 24056569
jyates@pattersonsheridan.com

B. Todd Patterson
Texas Bar No. 00789537
tpatterson@pattersonsheridan.com

Kyrie Cameron
Texas Bar No. 24097450
kcameron@pattersonsheridan.com

Edgar N. Gonzalez
Texas Bar No. 24097450
egonzalez@pattersonsheridan.com

**Patterson + Sheridan LLP**
24 Greenway Plaza, Suite 1600
Houston, Texas 77046
(Tel): 713-623-4844
(Fax): 713-623-4846

Abelino Reyna
Texas Bar No. 24000087
areyna@pattersonsheridan.com

**Patterson + Sheridan LLP**
729 Washington Ave., Suite 200
Waco, Texas 76701
(Tel.): 254-777-5248
(Fax): 877-777-8071

*Attorneys for Plaintiff,*
*Ōura Health Oy*

# CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed.

I further certify that I caused a copy of the foregoing document to be served on what Ōura believes to be Circular's counsel:

Jonathan Pearce
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
jpearce@socalip.com

                                        */s/ John A. Yates*
                                        John A. Yates