# EXHIBIT A



# The State of Texas
## Secretary of State

2022-339275-1

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons and Original Complaint for Patent Infringement in the cause styled:

Oura Health Oy vs Circular SAS
United States District Court, Western District of Texas
Cause No: 622CV00478ADA

was received by this office on May 20, 2022, and that a copy was forwarded on June 15, 2022, by REGISTERED MAIL, return receipt requested to:

Circular SAS
34 Avenue des Champs-Elysees
75008, Paris
France

The PROCESS was returned to this office on August 5, 2022, Bearing the notation Return to Sender, Not Deliverable As Addressed, Unable to Forward.



Date issued: August 18, 2022

**John B. Scott**
**Secretary of State**
GF/vm