# EXHIBIT B

**PATTERSON + SHERIDAN** LLP
ATTORNEYS AT LAW

24 Greenway Plaza, Suite 1600
Houston, TX 77046
Phone: (713) 623-4844

May 19, 2022

Via Overnight Delivery

Service of Process
Secretary of State
James E. Rudder Building
1019 Brazos, Room 105
Austin, Texas 78701

RECEIVED
SECRETARY OF STATE
MAY 2 0 2022
Service of Process

Re:   Requesting Service of Process against Foreign Entity Circular SAS

Dear Mr. Secretary:

Ōura Health Oy ("Ōura") filed a patent infringement suit on May 11, 2022 against Circular SAS ("Circular") in the United States District Court for the Western District of Texas, Waco Division. See Case No. 6:22-cv-00478. Circular is a French société par actions simplifiée. Amaury Kosman is the CEO of Circular. Circular is located at:

Circular SAS
34 Avenue des Champs-Elysées
75008, Paris, France

Ōura seeks to serve Circular through the Texas Secretary of State pursuant to Tex. Civ. Prac. & Rem. Code § 17.044 and Federal Rule of Civil Procedure 4. The required payment form is enclosed. Please serve the attached documents on Circular at the above address:

A) Two copies of the summons;
B) Two copies of the Original Complaint for Patent Infringement (Dkt. 1), including exhibits;
C) Two copies of the Civil Cover Sheet (Dkt. 1-15);
D) Two copies of the Plaintiff's Corporate Disclosure Statement (Dkt. 2); and
E) Two copies of Form AO 120 (Dkt. 3).

On information and belief, Circular has done business in Texas in accordance with Tex. Civ. Prac. & Rem. Code § 17.042. Circular, including Circular's co-founders Laurent Bsalis and Amaury Kosman, advertised attending and was an exhibitor at South by Southwest Conference and Festivals ("SXSW") in Austin, Texas on or around March 13 – 16, 2022 to market the Circular Ring at the Creative Industries Expo (Booth #1423). See Complaint Exhibits E and N. On information and belief, Circular contracted with

HOUSTON ✚ DALLAS ✚ GREENSBORO ✚ SHREWSBURY ✚ SAN JOSE ✚ SAN DIEGO ✚ WACO

www.pattersonsheridan.com

339275

Patterson + Sheridan, LLP
May 19, 2022
Page 2

SXSW to have a booth, and also contracted for food, lodging, and travel within the state while marketing their infringing product. On information and belief, Circular is doing business in this state by offering to sell its infringing product on its website, https://www.circular.xyz/. See Complaint Exhibits C and D. Circular has committed a tort in whole or in part within Texas by offering to sell a product that infringes Ōura's asserted patents. See Complaint. The Complaint outlines why the Court has personal and subject matter jurisdiction over Circular. Complaint, at 1-3.

Circular is not a resident entity of Texas and does not have a regular place of business in Texas. Circular does not have a registered agent in Texas. Circular is not registered with the Texas Secretary of State, despite the requirement to register in order to transact business within the state. Tex. Bus. & Orgs. Code § 9.001.

Based on the foregoing, the Texas Secretary of State is an appropriate substitute agent for service of process for nonresident Circular under Tex. Civ. Prac. & Rem. Code § 17.044(a) and (b).

Please call me at 713-577-4817 or email me at jyates@pattersonsheridan.com if any further information is needed.

Very truly yours,

PATTERSON + SHERIDAN, L.L.P.

Jay Yates
Partner

Attachments