# EXHIBIT C

**Excerpt from Website Retrieved on August 23, 2022 at:**

**https://www.circular.xyz/terms-of-sale**

# General Terms & Conditions of Sale of Circular (GCS)

APPLICABLE WITH EFFECT FROM: 30/01/2022

The General Terms & Conditions of Sale (GCS) set out herein are entered into between, firstly, the French simplified joint-stock company (SAS) Circular, which has a share capital of €23,305.00 and which is registered in the Paris B Register of Trade & Companies under the number 850 542 804, the registered office of which is located at 34 av. des Champs-Elysées, 75008 Paris, France, and which is represented by the Chair thereof, Mr Amaury KOSMAN (hereinafter "Circular"), and secondly, any and all physical and moral person who has full contact capacity (hereinafter the "Customer", "User" and "you").

Words with a capital letter shall have the same meanings in the entire GCS.

## 22 - APPLICABLE LAW AND COMPLAINTS

The GCS are drawn up in French and in English and is subject to French law.

The Parties agree that the United Nations Convention on Contracts for the International Sale of Goods (the Vienna Convention) dated April 11th, 1980 shall not be applicable. In the event that an order is placed by a Customer in a State located outside of the European Union, the Parties acknowledge and agree that the Convention of La Haye dated March 18th, 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters shall apply.

For any problem, please first contact CIRCULAR at the address below:

CIRCULAR

34 av. des Champs-Elysées, 75008 PARIS - France

E-mail: support@circular.xyz