# EXHIBIT D

**Excerpt from Website Retrieved on August 23, 2022 at:**

**https://www.circular.xyz/terms-of-use**

# General Conditions of use for Circular (GCU)

APPLICABLE WITH EFFECT FROM: 30/01/2022

The General Terms & Conditions of Use (the "GCU") set out herein are entered into between, firstly, the French simplified joint-stock company (SAS) Circular, which has a share capital of €23,305.00 and which is registered in the Paris B Register of Trade & Companies under the number 850 542 804, the registered office of which is located at 34 av des Champs Elysées, 75008 Paris, France, and which is represented by the Chair thereof, Mr Amaury KOSMAN (hereinafter "Circular"), and secondly, any and all physical and moral person who has full contact capacity (hereinafter the "Customer", "User" and "you").

All words starting with a capital letter have the same meaning in the entire GCU.

## 2 - PUBLISHER

The website www.circular.xyz (referred to hereafter as the "Website") is published by Circular. The publication manager is Mr Amaury KOSMAN. The Website is hosted by Webflow.

For all information or questions, Circular is at your disposal:

- By email: contact@circular.xyz;

- By post, at the following address: Circular, SAS – 34 av. des Champs Elysées – 75008 Paris, France.

## 11 - RIGHT TO ACCESS, RECTIFY, OBJECT OR DELETE

In compliance with the Personal Data protection regulation, you are entitled to access, rectify, delete your Personal Data and object to its processing and decide what will happen to them when you die.

You can exercise your rights and submit your requests by sending an email or a letter accompanied by proof of your identity at contact@circular.xyz – Circular, 34 av. des Champs Elysées – 75008 Paris, France or by filling in the contact form provided on the Website.

We commit to examine and resolve any complaint, claim or litigation amicably and within a reasonable time.