# EXHIBIT E

**Copy of an Assignment, Reel: 056605 Frame 0991, retrieved on August 18, 2022 from USPTO**

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT6772797

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| AMAURY KOSMAN | 06/18/2021 |
| ADIASA SUHARNO | 06/18/2021 |
| LAURENT BSALIS | 06/21/2021 |

### RECEIVING PARTY DATA

| Name: | CIRCULAR |
|---|---|
| Street Address: | 34 AVENUE DES CHAMPS-ELYSEES |
| City: | PARIS |
| State/Country: | FRANCE |
| Postal Code: | 75008 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 16797038 |

### CORRESPONDENCE DATA

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 18052751861 |
|---|---|
| Email: | sandy@sandylipkin.com |
| Correspondent Name: | SANDY LIPKIN |
| Address Line 1: | P.O. BOX 3518 |
| Address Line 4: | VENTURA, CALIFORNIA 93006-3518 |

| ATTORNEY DOCKET NUMBER: | 149-002 |
|---|---|
| NAME OF SUBMITTER: | SANDY LIPKIN |
| SIGNATURE: | /Sandy Lipkin/ |
| DATE SIGNED: | 06/21/2021 |

**Total Attachments: 7**  
source=AssmtWCvrSheet#page1.tif  
source=AssmtWCvrSheet#page2.tif  
source=AssmtWCvrSheet#page3.tif  
source=AssmtWCvrSheet#page4.tif

source=AssmtWCvrSheet#page5.tif
source=AssmtWCvrSheet#page6.tif
source=AssmtWCvrSheet#page7.tif

Form PTO-1595 (Rev. 06-12)  
OMB No. 0651-0027 (exp. 04/30/2015)

U.S. DEPARTMENT OF COMMERCE  
United States Patent and Trademark Office

**RECORDATION FORM COVER SHEET**  
# PATENTS ONLY

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

**1. Name of conveying party(ies)**

Amaury Kosman, Adiasa Suharno, Laurent B

Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No

**2. Name and address of receiving party(ies)**
Name: Circular
Internal Address: _____

Street Address: 34 avenue des Champs-Elysees
_____75008_____
City: Paris
State: _____
Country: France    Zip: _____

Additional name(s) & address(es) attached? ☐ Yes ☒ No

**3. Nature of conveyance/Execution Date(s):**
Execution Date(s) 6/18/21; 6/18/21; 6/18/21

☒ Assignment          ☐ Merger
☐ Security Agreement  ☐ Change of Name
☐ Joint Research Agreement
☐ Government Interest Assignment
☐ Executive Order 9424, Confirmatory License
☐ Other _____

**4. Application or patent number(s):** ☐ This document serves as an Oath/Declaration (37 CFR 1.63).

A. Patent Application No.(s)

16/797,038

B. Patent No.(s)

Additional numbers attached? ☐ Yes ☒ No

**5. Name and address to whom correspondence concerning document should be mailed:**
Name: Law Offices of Sandy Lipkin
Internal Address: _____
Street Address: P.O. Box 3518
City: Ventura
State: CA   Zip: 93006-3518
Phone Number: 805-275-1861
Docket Number: 143-002
Email Address: sandy@sandylipkin.com

**6. Total number of applications and patents involved:** 1

**7. Total fee** (37 CFR 1.21(h) & 3.41)  $_____

☐ Authorized to be charged to deposit account
☐ Enclosed
☐ None required (government interest not affecting title)

**8. Payment Information**

Deposit Account Number _____
Authorized User Name _____

**9. Signature:** /Sandy Lipkin/   Date: 6/21/21

Sandy Lipkin
Name of Person Signing

Total number of pages including cover sheet, attachments, and documents: 7

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O.Box 1450, Alexandria, V.A. 22313-1450

PATENT  
REEL: 056605 FRAME: 0993

Docket No. 143-002                                                PATENT

## ASSIGNMENT

FOR VALUE RECEIVED, I, Adiasa Suharno, of 9 rue de Gergovie Batement J, 12000, Rodez, France, do hereby sell, assign and transfer, for a consideration, receipt and sufficiency of which is hereby acknowledged, all of my right, title and interest relating to U.S. Patent Application No. 16/797,038 entitled WEARABLE HEALTH APPARATUS FOR THE COLLECTION OF WELLNESS DATA AND PROVIDING FEEDBACK THEREFROM TO THE WEARER unto Circular, an SAS company organized and existing under the laws of France, and having its principal place of business at 34 avenue des Champs-Elysees, 75008, Paris, as assignee, and its successors, assigns and legal representatives, finally executed by me on the 18moumouveth day of June, 2021, and all the rights and privileges under any and all Letters Patent that may be granted therefore.

I request that any and all patents for said inventions be issued to said assignee, its successors, assigns and legal representatives, or to such nominees as it may designate.

I agree that, when requested, I will, without charge to said assignee but at its expense, sign all papers, take all rightful oaths, and do all acts which may be necessary, desirable or convenient for securing and maintaining patents for said inventions in any and all countries and for vesting title thereto in said assignee, its successors, assigns and legal representatives or nominees.

I authorize and empower the said assignee, its successors, assigns and legal representatives or nominees, to invoke and claim for any application for patent or other form of protection for said inventions filed by it, the benefit of the right of priority provided by the International Convention for the Protection of Industrial Property, as amended, or by any convention which may henceforth be substituted for it, and to invoke and claim such right of priority without further written or oral authorization from me.

I hereby consent that a copy of this assignment shall be deemed a full legal and formal equivalent of any assignment, consent to file or like document which may be required in any country for any purpose and more particularly in proof of the right of the said assignee or nominee to claim any aforesaid benefit of the right of priority provided by the International convention for the Protection of Industrial Property, as

2

amended, or by any convention which may henceforth be substituted for it.

I covenant with said assignee, its successors, assigns and legal representatives, that the rights and property herein conveyed Assignment are free and clear of any encumbrance, and that I have full right to convey the same as here expressed.

Signed at Paris, France, this 18th day of June, 2021.

Dated:_18 june 2021_____

_____
Adiasa Suharno

2

Docket No. 143-002                                                PATENT

## ASSIGNMENT

FOR VALUE RECEIVED, I, Amaury Kosman, of 17 rue des sources, 91400, Orsay, France, do hereby sell, assign and transfer, for a consideration, receipt and sufficiency of which is hereby acknowledged, all of my right, title and interest relating to U.S. Patent Application No. 16/797,038 entitled WEARABLE HEALTH APPARATUS FOR THE COLLECTION OF WELLNESS DATA AND PROVIDING FEEDBACK THEREFROM TO THE WEARER unto Circular, an SAS company organized and existing under the laws of France, and having its principal place of business at 34 avenue des Champs-Elysees, 75008, Paris, France, as assignee, and its successors, assigns and legal representatives, finally executed by me on the ___th day of June, 2021, and all the rights and privileges under any and all Letters Patent that may be granted therefore.

I request that any and all patents for said inventions be issued to said assignee, its successors, assigns and legal representatives, or to such nominees as it may designate.

I agree that, when requested, I will, without charge to said assignee but at its expense, sign all papers, take all rightful oaths, and do all acts which may be necessary, desirable or convenient for securing and maintaining patents for said inventions in any and all countries and for vesting title thereto in said assignee, its successors, assigns and legal representatives or nominees.

I authorize and empower the said assignee, its successors, assigns and legal representatives or nominees, to invoke and claim for any application for patent or other form of protection for said inventions filed by it, the benefit of the right of priority provided by the International Convention for the Protection of Industrial Property, as amended, or by any convention which may henceforth be substituted for it, and to invoke and claim such right of priority without further written or oral authorization from me.

I hereby consent that a copy of this assignment shall be deemed a full legal and formal equivalent of any assignment, consent to file or like document which may be required in any country for any purpose and more particularly in proof of the right of the said assignee or nominee to claim any aforesaid benefit of the right of priority provided by the International convention for the Protection of Industrial Property, as amended, or by any convention which may henceforth be substituted for it.

I covenant with said assignee, its successors, assigns and legal representatives, that the rights and property herein conveyed Assignment are free and clear of any encumbrance, and that I have full right to convey the same as here expressed.

Signed at Paris France, this 18th day of June, 2021.

Dated: June, 18th 2021

_____
Amaury Kosman

2

Docket No. 143-002                          PATENT

## ASSIGNMENT

FOR VALUE RECEIVED, I, Laurent Bsalis, of 143 rue de Javel, 75015, Paris, France, do hereby sell, assign and transfer, for a consideration, receipt and sufficiency of which is hereby acknowledged, all of my right, title and interest relating to U.S. Patent Application No. 16/797,038 entitled WEARABLE HEALTH APPARATUS FOR THE COLLECTION OF WELLNESS DATA AND PROVIDING FEEDBACK THEREFROM TO THE WEARER unto Circular, an SAS company organized and existing under the laws of France, and having its principal place of business at 34 avenue des Champs-Elysees, 75008, Paris, as assignee, and its successors, assigns and legal representatives, finally executed by me on the 21st day of June, 2021, and all the rights and privileges under any and all Letters Patent that may be granted therefore.

I request that any and all patents for said inventions be issued to said assignee, its successors, assigns and legal representatives, or to such nominees as it may designate.

I agree that, when requested, I will, without charge to said assignee but at its expense, sign all papers, take all rightful oaths, and do all acts which may be necessary, desirable or convenient for securing and maintaining patents for said inventions in any and all countries and for vesting title thereto in said assignee, its successors, assigns and legal representatives or nominees.

I authorize and empower the said assignee, its successors, assigns and legal representatives or nominees, to invoke and claim for any application for patent or other form of protection for said inventions filed by it, the benefit of the right of priority provided by the International Convention for the Protection of Industrial Property, as amended, or by any convention which may henceforth be substituted for it, and to invoke and claim such right of priority without further written or oral authorization from me.

I hereby consent that a copy of this assignment shall be deemed a full legal and formal equivalent of any assignment, consent to file or like document which may be required in any country for any purpose and more particularly in proof of the right of the said assignee or nominee to claim any aforesaid benefit of the right of priority provided by the International convention for the Protection of Industrial Property, as amended, or by any convention which may henceforth be substituted for it.

2

I covenant with said assignee, its successors, assigns and legal representatives, that the rights and property herein conveyed Assignment are free and clear of any encumbrance, and that I have full right to convey the same as here expressed.

Signed at Paris, France, this 21st day of June, 2021.

Dated:_21/06/2021

_____
Laurent Bsalis

2