# EXHIBIT F

**Printout of an English Version of a Website Retrieved on August 20, 2022 at:**

**https://www.infogreffe.fr/entreprise-societe/850542804-circular-750121B164370000.html?typeProduitOnglet=EXTRAIT&afficherretour=tru**



To log in    FR | IN      Les greffiers des tribunaux de commerce 

**Learn about companies**   **Online procedures**   **Datainfogreffe**   **Digital Court**   **Other services**

Company, manager, registry, formality, news, name, name + postal code, SIREN...

advanced search

# CIRCULAR

Monitor this establishment

**COMPLETE A FORMALITY**
Select

**SHARE THE LINK TO THIS BUSINESS LISTING**

850 542 804  R.CS  PARIS

Registry at the Commercial Court of  PARIS

NEW ADVANCED SEARCH

## CIRCULAR COMPANY INFORMATION

SEE OFFICIAL DOCUMENTS

| IDENTIFY | ESTABLISHMENT(S) | 12 DEEDS FILED | BODACC ADS | FINANCIAL PERFORMANCE |

**THE HEAD OFFICE**
34 CHAMPS-ÉLYSÉE AVENUE
75008 PARIS
See the plan

**SIRET**
850 542 804 00024

**LEGAL STATUS**
Joint stock company

**ACTIVITY (NAF CODE)**
6201Z: Computer Programming

Other companies with the same activity in the department: VILLE DE PARIS

**REGISTRATION**
Registered on 05/25/2021.
Company within the jurisdiction of the PARIS registry since 05/12/2021.
Previous head office within the jurisdiction of the EVRY registry
Click here to access the information of the former headquarters

**BENEFICIAL OWNERS**
Consult the beneficial owners

**DEEDS FILED**
See the 12 acts

-

## OFFICIAL DOCUMENTS

| KBIS EXTRACT Trade and Companies Register | STATE OF INDEBTEDNESS See products | ACTS AND STATUTES See products | HISTORY OF CHANGES See products | INSOLVENCY PROCEEDINGS See products | COMPLETE FILE See products |

| DOCUMENT | ELECTRONICS (1) | MAIL (2) | ALL TAXES INCLUDED PRICE |
|---|---|---|---|
| **EXTRACT Kbis** €2.69 The Extract Kbis is issued and certified by the Registrar. | View, download and email | ☐ copy(ies) **Periodical sending:** All the ☐ month During ☐ month | |
| **HISTORY OF MODIFICATIONS** 6,70 € Sort by : Date of registration at the Registry | Viewing and downloading | | |

(1) Due diligence for electronic transmission: + €0.68
(2) Postage: + €1.49 per copy

## CERTIFICATE OF REGISTRATION

- [DEFINITION](#)
- [USES AND VALIDITY](#)
- [WHAT DOES THE KBIS CONTAIN?](#)
- [ORDER A KBIS](#)
- [REGULARLY RECEIVE A KBIS](#)
- [SPECIAL CASES OF COMMERCIAL AGENTS AND EIRLS](#)

**The Kbis extract represents the real up-to-date "identity card" of a company** registered in the Trade and Companies Register (RCS).

This document, which can be defined as the up-to-date civil status of companies registered with the RCS, brings together all the information that the company must declare, and mentions, where applicable, the entries made by the clerk in charge of the maintenance of this register. The fundamental purpose of the RCS being to bring the information contained therein to the attention of the public, **any person has the option of requesting and obtaining the Kbis extract of a company from the registry concerned** .

The Kbis extract certifies the legal existence of the. This is the only official document proving the identity and address of the registered person (natural or legal), their activity, their management, administration, management or control bodies, as well as the existence or otherwise of a collective proceedings brought against him.

In most cases, to be enforceable, **the Kbis extract requested must be dated less than 3 months** .

## Who are we ?

### infograft

Infogreffe is the Economic Interest Grouping (GIE) of French commercial court registries. Infogreffe is the online service platform designed to support companies and facilitate key moments in their development. Since 1986, Infogreffe has enabled businesses to be confident. But do you really know the history of the GIE? Our evolution year by year on the new mini-site: [Once upon a time Infogreffe](#) .

## Our services

- Buy document
- Place a watch
- Target businesses
- Statistical Observatory
- Find a case
- Certigreffe
- Prepaid card

## Useful links

- Who are we ?
- News
- Frequently Asked Questions
- Find a transplant
- Business directory
- Lexicon
- Prices
- Contact us
- Legal Notice
- CGU-CGV
- GDPR charter
- Cookies policy
- Sitemap

## Follow us on the networks



The network of partner organizations:  National Council of Clerks of Commercial Courts -  European Business Register -  France Entrepreneur Agency -  infogreffe.mesaidespubliques.fr -  Service-Public.fr