**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| Ōura Health Oy,<br><br>    Plaintiff,<br><br>        v.<br><br>Circular SAS,<br><br>    Defendant. | Case No. 6:22-cv-00478-ADA<br><br>**JURY TRIAL DEMANDED** |

## CLERK'S ENTRY OF DEFAULT

On this \_\_\_\_ day of _____, 2022, appearing from the Request for Entry of Default and related filings, Defendant Circular has failed to timely plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of Circular is hereby entered.

                                                          BY: _____
                                                          Clerk of Court