# EXHIBIT B

**Excerpt from Website Retrieved on August 20, 2022 at:**

**https://www.circular.xyz/about-circular**

