# EXHIBIT F

**Printout of an English Version of a Website Retrieved on August 20, 2022 at:**

**https://www.infogreffe.fr/entreprise-societe/850542804-circular-750121B164370000.html?typeProduitOnglet=EXTRAIT&afficherretour=tru**



To log in | FR | IN  

Les greffiers des tribunaux de commerce

**Learn about companies** | **Online procedures** | **Datainfogreffe** | **Digital Court** | **Other services**

Company, manager, registry, formality, news, name, name + postal code, SIREN...

advanced search

# CIRCULAR

Monitor this establishment

**COMPLETE A FORMALITY**
Select

**SHARE THE LINK TO THIS BUSINESS LISTING**

850 542 804 R.CS PARIS

Registry at the Commercial Court of PARIS

**NEW ADVANCED SEARCH**

## CIRCULAR COMPANY INFORMATION

**SEE OFFICIAL DOCUMENTS**

| IDENTIFY | ESTABLISHMENT(S) | 12 DEEDS FILED | BODACC ADS | FINANCIAL PERFORMANCE |

**THE HEAD OFFICE**
34 CHAMPS-ÉLYSÉE AVENUE
75008 PARIS
See the plan

**ACTIVITY (NAF CODE)**
6201Z: Computer Programming

Other companies with the same activity in the department: VILLE DE PARIS

**DEEDS FILED**
See the 12 acts

**SIRET**
850 542 804 00024

**LEGAL STATUS**
Joint stock company

**REGISTRATION**
Registered on 05/25/2021.
Company within the jurisdiction of the PARIS registry since 05/12/2021.
Previous head office within the jurisdiction of the EVRY registry
Click here to access the information of the former headquarters

**BENEFICIAL OWNERS**
Consult the beneficial owners

-

## OFFICIAL DOCUMENTS

| KBIS EXTRACT<br>Trade and Companies Register | STATE OF INDEBTEDNESS | ACTS AND STATUTES | HISTORY OF CHANGES | INSOLVENCY PROCEEDINGS | COMPLETE FILE |
|---|---|---|---|---|---|
| | See products | See products | See products | See products | See products |

| DOCUMENT | ELECTRONICS (1) | MAIL (2) | ALL TAXES INCLUDED PRICE |
|---|---|---|---|
| **EXTRACT Kbis**<br>€2.69<br>The Extract Kbis is issued and certified by the Registrar. | View, download and email | ☐ copy(ies)<br><br>**Periodical sending:**<br>All the ☐ month<br>During ☐ month | |
| **HISTORY OF MODIFICATIONS**<br>6,70 €<br>Sort by: Date of registration at the Registry | Viewing and downloading | | |

(1) Due diligence for electronic transmission: + €0.68
(2) Postage: + €1.49 per copy

## CERTIFICATE OF REGISTRATION

| | |
|---|---|
| DEFINITION | **The Kbis extract represents the real up-to-date "identity card" of a company** registered in the Trade and Companies Register (RCS). |
| USES AND VALIDITY | This document, which can be defined as the up-to-date civil status of companies registered with the RCS, brings together all the information that the company must declare, and mentions, where applicable, the entries made by the clerk in charge of the maintenance of this register. The fundamental purpose of the RCS being to bring the information contained therein to the attention of the public, **any person has the option of requesting and obtaining the Kbis extract of a company from the registry concerned** . |
| WHAT DOES THE KBIS CONTAIN? | |
| ORDER A KBIS | |
| REGULARLY RECEIVE A KBIS | The Kbis extract certifies the legal existence of the. This is the only official document proving the identity and address of the registered person (natural or legal), their activity, their management, administration, management or control bodies, as well as the existence or otherwise of a collective proceedings brought against him. |
| SPECIAL CASES OF COMMERCIAL AGENTS AND EIRLS | In most cases, to be enforceable, **the Kbis extract requested must be dated less than 3 months** . |

## Who are we ?

### infograft

Infogreffe is the Economic Interest Grouping (GIE) of French commercial court registries. Infogreffe is the online service platform designed to support companies and facilitate key moments in their development. Since 1986, Infogreffe has enabled businesses to be confident. But do you really know the history of the GIE? Our evolution year by year on the new mini-site: **Once upon a time Infogreffe** .

## Our services

Buy document

Place a watch

Target businesses

Statistical Observatory

Find a case

Certigreffe

Prepaid card

## Useful links

Who are we ?

News

Frequently Asked Questions

Find a transplant

Business directory

Lexicon

Prices

Contact us

Legal Notice

CGU-CGV

GDPR charter

Cookies policy

Sitemap

## Follow us on the networks



The network of partner organizations:  National Council of Clerks of Commercial Courts -  European Business Register -   France Entrepreneur Agency -  infogreffe.mesaidespubliques.fr -   Service-Public.fr