# EXHIBIT I

**Printout of Website Retrieved on August 20, 2022 at:**

**https://www.engadget.com/oura-circular-smart-ring-lawsuit-133032301.html**



Sections ⌄     Login

Reviews   Gaming   Gear   Entertainment   Tomorrow   Deals   Buying Guides   Video   Podcasts

---

REIMAGINE BOLDER.
CHEVROLET
Explore THE FIRST-EVER ALL-ELECTRIC BLAZER EV

# Oura sues smart ring rival Circular for allegedly copying technology

Circular claims Oura is stifling competition.

 J. Fingas | 05.13.22
@jonfingas



**J. Fingas**
@jonfingas
May 13, 2022
9:30 AM



In this article: **lawsuit, news, gear, smart ring, patents, Circular, wearables, Oura**



Dan Cooper/Engadget

Even smart rings aren't immune to patent wars. *Wareable* notes Oura has sued fledgling rival Circular for allegedly violating patents covering both ring design and biometric data collection. Circular's upcoming wearable allegedly copies Oura's work by both stuffing electronics into a cavity and gathering info to generate an overall energy score.

Oura said it asked Circular to cease and desist in January, roughly a year after the newcomer started its crowdfunding campaign. Circular took on lawyers to review the patents in response.

Circular unsurprisingly objected to the lawsuit and characterized it as an attempt to stifle competition. In a statement, a spokesperson told *Wareable* that pursuing a monopoly has "never driven innovation." Oura supposedly wants the smart ring market to itself, in other words.



**Sponsored Links**

Jump Start Your Savings
AmeriSave Mortgage

This multi-purpose loan does the math for you
Wells Fargo

Homeowners Are Switching Their Doorbell For This
GadgetsLaboratory



PRICE DROP

Sections    Login

menu.

Not now    Turn on

It's not certain which side will prevail. While the patents are broad, effectively covering many attempts to make smart rings, the US Patent Office did approve them. Circular may have to challenge the patents themselves to prevail in court, not just dispute their relevance to its particular finger-based technology.

**Update 5/13/22 7:30pm ET:** "At ŌURA, we embrace creativity and innovation in health technology, including from our competitors," an Oura spokesperson told Engadget via email. "However, what we cannot accept is direct copying, as this does nothing to help consumers or advance our industry. The lawsuit filed against Circular addresses willful infringement of at least two ŌURA patents."

*All products recommended by Engadget are selected by our editorial team, independent of our parent company. Some of our stories include affiliate links. If you buy something through one of these links, we may earn an affiliate commission.*

High-Quality LED Solu
DVS led Systems

## Our Community

e

**3,350**
Comments posted on *Engadget* this month

Comment

AdChoices   Sponsored

## Popular on Engadget


Introducing Engadget's 2022 back to school gift guide!


Apple releases patches for major iOS and macOS security vulnerabilities


Scientists may have found an affordable way to destroy forever chemicals


HBO Max has yanked 200 episodes of 'Sesame Street'

## Conversation  6 Comments

Welcome to Engadget comments! Please keep conversations courteous and on-topic. See our community guidelines for more information.

What do you think?

Sort by Newest ⌄

**number1024** · 16 May, 2022
Ring design, what line a ring? Biometric collection, what, like that with Samsung and Google and Apple collect?

lol

Reply  ·  👍 👎  ·  Share

**djobitwan7** · 14 May, 2022

Sections ⌄                                              Login

free o...See more

Reply · 👍 👎 · Share

**dakota** · 13 May, 2022

"gathering info to generate an overall energy score" - so they apparently protected maths, ok then

Reply · 👍1 👎 · Share

**ThatCrazyGuy** · 13 May, 2022

Yeah, "stuffing electronics into a cavity" while I'm sure is a bit more precise, is just the way electronics works. It sounds like the patents in question are certainly a bit broad. It could be energy score is a very specific terminology they are fighting for, but if not it sounds like a pretty bro...See more

Reply · 👍2 👎 · Share

**Show More Comments**

Powered by OpenWeb                                                      Feedback

## Popular in the Community

AdChoices

Following Mar-a-Lago raid,...

Lucid debuts its performance EV...

Lincoln replaced steering wheel wi...

AdChoices   Sponsored

## From around the web

**Daler Rowney SS255085010 Simply Simmons Synthetic Rou...**
Amazon.com

**Homeowners Are Switching Their Doorbell For This**
GadgetsLaboratory

**Birkenstock's Fall Collection Now at Nordstrom**
Nordstrom

**Pre-order the new Galaxy Watch5 Series now**
Samsung

**The Most Compact Tactical Light From Olight!**
Olight

| About | Sections | Contribute | International |
|---|---|---|---|
| Engadget Masthead | Reviews | Comment Guidelines | 繁體中文 |
| About our Ads | Gear | Support | 日本版 |
| Advertise | Gaming | | |

Sections   Login

Podcasts
Deals

Subscribe to our two newsletters:

**Engadget Deals** - A weekly roundup of our favorite tech deals

**The Morning After** - A daily dose of the news you need

address@email.com   Subscribe   Follow Us

© 2022 Yahoo. All rights reserved.

About Us   Reprints and Permissions   Suggestions   Privacy Policy (Updated)   Terms of Service (Updated)   Trademarks   Advertise   About Our Ads