# EXHIBIT J

**Excerpt from Website Retrieved on August 19, 2022 at:**

**apps.apple.com/US/app/circular-ring/**

App Store Preview

Open the Mac App Store to buy and download apps.



Circular Ring    17+

Circular

Designed for iPhone

★★★★★ 5.0 • 1 Rating

Free

## iPhone Screenshots








Circular is the world's most advanced wellness monitoring platform that revolutionizes Personal Health. Through the Circular ring, track your vital metrics and everything you do, 24/7. With the Circular app, unleash the full potential of data.

The Circular app makes it easy to understand what's happening in your body and how to improve your sleep, activities, recovery, and general wellness in the long term.

FEATURES

Each feature is called a circle.

• Alarm clock circle: wake up silently to vibrations, create a wake-up routine, activate the smart alarm to wake up in the lightest sleep stage, use the smart snooze feature to never be late, and view your comprehensive daily wake-up score.

• Sleep monitoring circle: comprehensive sleep quality score with many detailed scoring contributors calculated, and easy-to-understand graphs with comprehensive trends.

• Physical activity monitoring circle: comprehensive energy scorewith many detailed scoring contributors calculated, daily physical metrics, and easy-to-understand graphs.

• Live measurements circle: view metrics on the spot with accurate measures of your heart rate, heart rate variability, blood oxygenation, and activity intensity data.

The Circular app is ready to host additional circles through the 'Manage my circles" section. You will be able to activate new circles easily through app updates.

ADDITIONAL FEATURES

• Timer: Make your ring vibrate at the end of a timer
• Sleep mode: Put your ring in sleep mode to cut data transmission.

ADVANCED SCORING SYSTEM

Captured metrics are cross analyzed with machine learning to create scoring systems based on your habits and profile.

Quantify the impact of your behavioral changes, lifestyle, and environment on your health with data-driven analysis to make informed decisions each day.

CALIBRATION

Dive into a 14-day calibration period in which Kira, your personal companion gets to know you to make personalized recommendations.

• Kira sets up References values, baselines, profiles & chronotypes for you

• Daily questions from Kira about your lifestyle

• Your personal assistant teaches personal health basics & metrics and explains how Circular can help

PERSONAL RECOMMENDATIONS & ASSISTANT

Understand like never before what's happening to your body and uncover actionable insights and recommendations. Made easy for everyone. No need to be an expert in data correlation and graph analyses anymore:

• Automatic day & night cross-data correlation

• Personal and actionable recommendations

• Event validation with Kira that interacts with you to elaborate better assumptions

CALENDAR & PERSONAL DIARY

Keep track of your life and discover extra correlations:

• Add notes to a specific day

• Quickly visualize your general score and what's happening

• Learn the impact of your environment & lifestyle on your health and make behavioral changes

CHALLENGE YOURSELF & HAVE FUN

Share your wellness performances and feel ready to compete among the top individuals in the Circular community

• Leaderboards

• Streaks & badges

MISCELLANEOUS

• Continued use of Bluetooth running in the background can dramatically decrease battery life.

• Access to this mobile application is only possible with a Circular Ring. The mobile application is only compatible with a Circular Ring.

• PLEASE NOTE THAT CIRCULAR SERVICES ARE NOT INTENDED TO DIAGNOSE, TREAT, CURE, OR PREVENT ANY DISEASE OR MEDICAL CONDITION. THIS IS NOT A MEDICAL DEVICE.

NEED HELP?

• Visit https://www.circular.xyz/help to get access to Circular's helpdesk, FAQ, and more.

• Visit https://www.circular.xyz/learn to take advantage of Circular's resources.

GET IN TOUCH

• Email support@circular.xyz to get help concerning your Circular products.

• Visit https://www.circular.xyz/contact-us to get in touch for general inquiries.

## What's New

Version History

Version 1.0.33
- Minor bug fixes

## Ratings and Reviews

**5.0**
out of 5



1 Rating

## App Privacy

See Details

The developer, **Circular**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.



**Data Linked to You**
The following data may be collected and linked to your identity:

Health & Fitness          Contact Info

**Data Not Linked to You**
The following data may be collected but it is not linked to your identity:

Diagnostics

Privacy practices may vary, for example, based on the features you use or your age. Learn More

## Information

Seller
Circular

Size
31.8 MB

Category
Health & Fitness

Compatibility
**iPhone**
Requires iOS 12.1 or later.

**iPod touch**
Requires iOS 12.1 or later.

**Mac**
Requires macOS 11.0 or later and a Mac with Apple M1 chip or later.

Languages
English

Age Rating
17+
Unrestricted Web Access

Copyright
© 2022 Circular

Price
Free

Developer Website ↗
App Support ↗
Privacy Policy ↗

## You Might Also Like

See All


iWilB Healthy
Health & Fitness


Oros Health
Health & Fitness


Boost - Interactive Workouts
Health & Fitness


I'm EPIC Fit
Health & Fitness


Die Bernhardt Methode
Health & Fitness

KeyWise Skye
Medical

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2022 Apple Inc. All rights reserved.   Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map   Choose your country or region