# EXHIBIT K

**Printout of July 18, 2022 post by Mr. Jonahtan Pearce, Retrieved on August 20, 2022 at:**

**https://socalip.org/socal-ip-law-institute-mcle-meeting-june-20-2022-2/**



Home | About the Institute | SoCal IP Law Group

Service of process abroad was always presented to me as a difficult issue. And, it can be. The most recent, and important, discussion that bears on that process may be found in *Water Splash, Inc. v. Menon*, 2017 U.s. LEXIS 3212, Case No. 16-254 (2017) which resolved a circuit split regarding whether service by mail was sufficient or insufficient to satisfy The Hague Service Convention. In short, the Supreme Court found that service by mail under Article 10(a) is generally adequate so long as two conditions are met: (1) the receiving state has not objected to service by mail; and (2) service by mail is authorized under otherwise-applicable law.

There is a unique interplay with the Texas Rules of Civil Procedure 106 and special rules for service of corporations that enable service by service upon the Texas Secretary of State. Judge Albright in the Western District of Texas recently discussed this interplay in *Buffalo Patents, LLC v. ZTE Corp.*, 2022 U.S. Dist. LEXIS 101232, Case No. W-21-CV-01065 (W.D. Tex. June 3, 2022). There, Judge Albright found that Texas statute did authorize so-called *Whitney* service on a foreign defendant, but that the service was improper under the Hague Convention.

Jonathan Pearce will discuss these cases and the general state of foreign service at our weekly SoCal IP Institute discussion on July 18, 2022.

By Jonathan Pearce | July 18th, 2022 | Personal Jurisdiction | 0 Comments



Archives
Select Month

Categories
Select Category

Find Us Online

Log on

Share This Story, Choose Your Platform!

## Related Posts

‹

## Leave A Comment

You must be logged in to post a comment.

This site uses Akismet to reduce spam. Learn how your comment data is processed.

Copyright 2002-2022 SoCal IP Law Group | All Rights Reserved