# EXHIBIT L

**Excerpt of a Website Retrieved on August 19, 2022**

**at: https://www.circular.xyz/**

