# EXHIBIT M

**Excerpt from Website Retrieved on September 7, 2022 at:**

**https://www.circular.xyz/shop**

