# EXHIBIT N

**Excerpt from Website Retrieved on August 21, 2022 at:**

**https://www.indiegogo.com/projects/circular-smart-ring-sleep-energy-performance#/updates/all**



by Circular Ring
Jul 25, 2022 • 11:12AM

27 days ago

## Delivery Update ! ✈️?

Hello everyone,

As we are shipping first users, you're probably wondering where your ring is! You understand that after more than 4 years in the works, we are very excited to be in that stage which is shipping first users.

However, we are already receiving feedback and return from backers saying that they have not yet updated their shipping address or that the shipping address is wrong.

Because of this, we will lock the crowdox at the end of the week for indiegogo backers. So please update your information on your crowdox survey before 07.31. After this date, if you need to change anything related to your shipping address you'll have to contact us at support@circular.xyz or through the instant message on the website [www.circular.xyz](www.circular.xyz)

You will be delivered between now and October, we just ask for a little more patience.

Circular wouldn't be able to be as successful without your support so thank you again for sticking around.

Our team is doing the best job it can to match your expectations and beyond!

P.S: Remember to validate and check your Crowdox order, it will not be possible to change your size/address/phone number if your package has already been shipped!