# Exhibit O

**DECLARATION IN SUPPORT OF INJUNCTIVE RELIEF**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ōura Health Oy, | |
| Plaintiff, | Case No. 6:22-cv-00478-ADA |
| v. | |
| Circular SAS, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## DECLARATION BY RALPH MORALES III

I, Ralph Morales III, being over the age of 18 and competent to give this declaration, do hereby declare as follows. The facts stated here are based on my personal knowledge or upon information that I have learned in my role working for Ōura Health Oy ("Ōura"), and if called upon, I could and would testify completely about the statements made herein.

1. I am the Director, Strategy & Innovation at Ōura. In my role, my responsibilities include corporate strategy, long term financial planning, partnerships, and innovation development. I have been employed by Ōura since July of 2021.

2. Ōura is the owner by assignment of United States Patent Nos. 10,893,833 ("the '833 Patent") and 10,842,429 ("the '429 Patent") ("Asserted Patents").

3. Ōura was founded in 2013 and developed the original smart ring that tracks a wearer's sleep and physical activity. Time Magazine named the Ōura Ring as one of the Top 100 Best Inventions of 2020.

4. The '833 Patent is practiced by the Ōura Ring that tracks a wearer's activity and sleep. Ōura customers use the Ōura Ring to track their health, sleep, and to improve their quality of life.

5. The '429 Patent is directed to the Readiness Score for the wearer to help the wearer gauge his or her readiness to tackle the challenges of the day. This Readiness Score is based on biosignals obtained by the Ōura Ring. The Readiness Score is shown on the user interface of the Ōura application ("Ōura App"). The Ōura App can also notify the wearer about the Readiness Score contributors. Contributors where you receive a "pay attention" message, with a red progress bar, are areas for potential improvement.

6. Ōura has spent considerable resources developing the Ōura Ring and Ōura App, and Ōura is continuing to expend resources to improve the functionality provided to their customers by the Ōura Ring and Ōura App.

7. Ōura has not licensed or authorized Circular to practice the Asserted Patents.

8. The market for smart rings, such as the Ōura Ring, is not even a decade old and is still emerging. Circular competes directly with Ōura in this emerging market.

9. The Ōura Ring Generation 3 sells for either $299 or $399 based on the model. Ōura also has partnered with Gucci to produce the Gucci X Ōura, which is only sold by Gucci online or at select locations. The Gucci X Ōura sells for $950. Ōura also charges a $5.99/month membership for full use of the Ōura App. This membership is a service product that Ōura provides to the customer, which allows Ōura to provide the user personalized health insights and content.

10. Circular is currently listing their infringing knock-off, the Circular Ring, on their website for $284, but has been selling the Circular Ring for $264. Circular is also not charging a subscription and is promising to never charge a subscription to its customers. Dkt. 1-11, at 3 (Circular's FAQ page). Circular also has a corresponding mobile application, the Circular App, which is connectable to the Circular Ring. The Circular App has an Energy Score, which is a knock-off of Ōura's Readiness Score.

11. Circular's pricing strategy and lack of subscription has caused Ōura irreparable harm due to the continued loss of customers. Circular is charging its customers up front, without making many deliveries, which removes these customers from the marketplace and leaves them frustrated based on my review of Circular's Kickstarter, Indiegogo, and Reddit websites.

12. For example, numerous backers in Circular's Kickstarter complain about Circular's lack of updates and excuses, and one (named Rowan) even said "Can I get my money back? I realise [sic] know that I am so annoyed with you over the lack of communication that every time I looked at the ring, assuming it did actually arrive at some time, it would annoy me, so I will never use it." *See* https://www.kickstarter.com/projects/circular-ring/circulartm-smart-ring-sleep-energy-performance-evolved/comments (last visited September 8, 2022).

13. For example, numerous posters in the comments of Circular's Indiegogo page express frustration with lack of updates and failure to ship rings. https://www.indiegogo.com/projects/circular-smart-ring-sleep-energy-performance#/comments (comments) (last visited September 8, 2022).

14. Circular's Reddit also has numerous comments expressing frustration. One thread, for example, speculates that posts about people receiving Circular Rings are "are actually just from circular employees and that is really quite alarming." *See* https://www.reddit.com/r/CircularRing/comments/w29uqk/anyone_else_thinking_this/ (last visited September 8, 2022). Another thread includes speculation about Circular being a scam. *See* https://www.reddit.com/r/CircularRing/comments/vhszxp/is_this_a_scam/ (last visited August 26, 2022). Another posted that he is seeking a refund and expresses frustration at the lack of updates while influencers get product.

https://www.reddit.com/r/CircularRing/comments/wung2p/im_done_with_this/ (last visited September 8, 2022).

15. Ōura will continue to suffer irreparable harm because it is difficult if not impossible to identify future customers or sales opportunities Ōura will lose due to Circular's lower pricing and lack of subscription fee.

16. Circular's pricing strategy and lack of subscription is eroding the market price for smart rings and associated services, including the Ōura Ring and Ōura App that practice claims of the Asserted Patents. Circular's lower price and decision to not charge a subscription fee in this emerging market is causing customers to expect a lower price and no subscription or membership fee. This price erosion is causing Ōura irreparable harm because it is difficult if not impossible to raise prices to account for significant research and development costs, the cost of analyzing the data obtained by the Ōura Ring, and the value provided by the Asserted Patents.

17. Ōura will have to consider a reduction in price in the Ōura Ring and potential reduction or elimination of the membership to compete with Circular's infringing knock-offs.

18. Ōura is also suffering irreparable harm because Ōura's reputation as the pioneer of the smart ring will continue to be diluted by Circular's offering of a competing product practicing the Asserted Patents. That is, Circular's knock-off efforts imperils the goodwill and reputation earned by Ōura. For example. Time Magazine named the Ōura Ring as one of the Top 100 Best Inventions of 2020. Ōura was included CNBC's 2022 Top 50 disrupters.

19. In the event that the Circular Ring and Circular App fail to perform satisfactorily, such failure will cause reputational harm to this new technology in the marketplace and will damage sales of the Ōura Ring and corresponding Ōura App practicing the Asserted Patents as

customers will believe Circular's deficiencies are shared by Ōura's products. This reputational damage will cause irreparable harm to Ōura and the technology in the marketplace.

20. Customers are not buying a smart ring, such as the Ōura Ring or Circular Ring, solely for their jewelry/aesthetic value. Rather, customers are buying a Ōura Rings or Circular Rings to track their health, sleep, and to improve their quality of life based on the inventions embodied in the Asserted Patents. Based on my experience, it is my opinion that the practice of the Asserted Patents by the Ōura Ring and App and infringing Circular Ring and Circular App is a substantial reason as to why customers demand these products.

21. Circular's shipment into the United States will magnify the irreparable harm it is causing Ōura. Right now, United States customers have limited knowledge with Circular's products due to their limited availability in the United States and lack of word of mouth by users. Once Circular's infringing products are widely available in the United States, Circular's infringement will magnify the effects of loss of market share, price erosion, and reputational harm suffered by Ōura.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2022, in San Diego, California.

_____
Ralph Morales III