# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ōura Health Oy, | |
| Plaintiff, | Case No. 6:22-cv-00478-ADA |
| v. | |
| Circular SAS, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## FINAL JUDGMENT

Before the Court is Ōura Health Oy's Motion for Default Judgment against Circular SAS. The Court is of the opinion that said Motion should be granted.

It is therefore ORDERED that Ōura Health Oy's Motion is GRANTED and Final Judgment is hereby entered against Circular SAS as follows:

a) Circular has infringed one or more claims of United States Patent Nos. 10,893,833 ("the '833 Patent") and 10,842,429 ("the '429 Patent") in violation of 35 U.S.C. § 271 by its offer for sale.

b) Circular's infringement is willful.

c) Circular, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation therewith are permanently enjoined pursuant to 35 U.S.C. § 283 against continuing infringement of the '833 Patent and the '429 Patent, including selling, offering to sell, distributing, importing, or advertising the Circular Ring and Circular App, or any other product or system that infringes the '833 Patent or the '429 Patent.

d) Removal of the Circular App from the Apple Store, Android Store, and any other application vendor in the United States.

e) This case to be "exceptional" under 35 U.S.C. § 285, due to Circular's willfulness and decision to not defend against the suit; and

f) Costs, including reasonable attorney fees and expenses, pursuant to 35 U.S.C. § 285 and Fed. R. Civ. P. 54(d), are assessed against Circular SAS.

IT IS SO ORDERED.

Signed this day ____ of _____, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE