**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| Ōura Health Oy, | |
| Plaintiff, | Case No. 6:22-cv-00478-ADA |
| v. | |
| Circular SAS, | **JURY TRIAL DEMANDED** |
| Defendant. | |

**ALTERNATE SERVICE ON CIRCULAR SAS' DOMESTIC COUNSEL**


Before the Court is Ōura Health Oy's Motion for Alternate Service against Circular SAS. The Court is of the opinion that said Motion should be granted.

It is therefore ORDERED that Ōura Health Oy's Motion is GRANTED and Service is hereby entered against Circular SAS as follows:

a) By mail to Mr. Jonathan Pearce located at:

  310 N. Westlake Blvd., Suite 120
  Westlake Village, CA 91362-3788

b) Or by mail to Sandy Lipkin, located at:

  P.O. Box 3518
  Ventura, CA 93006-3518


IT IS SO ORDERED.

Signed this day ____ of _____, 2022.



_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE