UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **OURA HEALTH OY,**<br><br>Plaintiff,<br><br>v.<br><br>**CIRCULAR SAS,**<br><br>Defendant. | Case No. 6:22-cv-00478<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SPECIAL APPEARANCE OF KEVIN E. CADWELL

The undersigned counsel, Kevin E. Cadwell, specially appears on behalf of Defendant Circular SAS for the sole purpose of contesting Oura's Motion for Default Judgment and Permanent Injunction (Dkt. 9) for lack of proper service and personal jurisdiction under FED. R. CIV. P. 12(b)(5) & 12(b)(2).

September 23, 2022

Respectfully submitted,

/s/ Kevin E. Cadwell
Kevin E. Cadwell
Texas Bar No. 24036304
kcadwell@ccrtlaw.com
**Cadwell Clonts Reeder & Thomas LLP**
5373 W. Alabama St., Suite 457
Houston, TX 77056
Tele: (713) 360-1560
Fax: (940) 233-8587

Jonathan Pearce (*pro hac vice*)
Cal Bar. No. 245,776
jpearce@socalip.com
**SoCal IP Law Group LLP**
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Tele: (805) 230-1350
Fax: (805) 230-1355

Attorneys for Defendant Circular SAS

## CERTIFICATE OF SERVICE

      On this 23rd day of September 2022, the undersigned hereby certifies that a true and correct copy of the foregoing has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per local Rule CV-5(B)(1).

                                                      */s/ Kevin E. Cadwell*
                                                      Kevin E. Cadwell