# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

ŌURA HEALTH OY

vs.                                        Case No.: 6:22-cv-478

CIRCULAR SAS

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Jonathan P. Pearce, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent CIRCULAR SAS in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) SoCal IP Law Group LLP with offices at:

    Mailing address: 310 N. Westlake Blvd., Suite 120

    City, State, Zip Code: Westlake Village, CA 91362-3788

    Telephone: 805-267-2266    Facsimile: 805-230-1355

2. Since 2006, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 245776.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | Central District of California | 2006 |
    | Supreme Court of California | 2006 |
    | Appeals for the Federal Circuit | 2012 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 6:22-cv-478 _____ on the 20 day of September, 2022.

   Number: _____ on the ___ day of _____, ___.

   Number: _____ on the ___ day of _____, ___.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Kevin E. Cadwell

Mailing address: 5373 W. Alabama., Suite 457

City, State, Zip Code: Houston, Texas, 77056

Telephone: 713-360-1561

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Jonathan P. Pearce to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Jonathan P. Pearce
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 20 day of September, 2022.

Jonathan P. Pearce
[printed name of Applicant]

[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

ŌURA HEALTH OY

vs.                                    Case No.: 6:22-cv-478

CIRCULAR SAS

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jonathan P. Pearce, counsel for CIRCULAR SAS, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jonathan P. Pearce may appear on behalf of CIRCULAR SAS in the above case.

IT IS FURTHER ORDERED that Jonathan P. Pearce, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-1(f)(2).

SIGNED this the 20 day of September, 20 22.

_____
UNITED STATES DISTRICT JUDGE

Reset all fields      Print Form