EXHIBIT 1



# On the Heels of 1 Million Rings Sold, Oura Now Valued at $2.55 Billion

*New Valuation Follows Tremendous Growth with Oura Ring Gen 3 Launch*

April 05, 2022 01:49 PM Eastern Daylight Time

SAN FRANCISCO--([BUSINESS WIRE](#))--[ŌURA](#), the company behind the smart ring that delivers personalized health data, insights, and daily guidance, today announced it has raised capital at a $2.55 billion valuation, less than a month after reaching the milestone of selling 1,000,000 Oura Rings.

Demand for the Oura Ring Gen3 has been significant, resulting in more Gen3 rings sold than all previous versions combined. Today, the Oura Ring Gen3 delivers a host of new, more sophisticated, research-grade hardware sensors and software features including daytime heart rate monitoring, an improved temperature tracking system, new period prediction capabilities, and guided meditation and sleep content. Workout heart rate monitoring, blood oxygen sensing, and an enhanced sleep staging algorithm are slated to follow this year.

With the launch of the Gen3, ŌURA also introduced a monthly membership experience that enhances the depth of insights and personalization available to each Oura member. Membership unlocks the full suite of product features, detailed daily health insights, personalized recommendations, an expanding library of guided audio meditation sessions, educational videos, and more, all within the ŌURA mobile app. Gen3 members already comprise the majority of the community, and these members are engaging with the app at a higher rate than previous versions. The new funding will fuel further investment into strategic areas of the business including research and development, personalized and guided content, and product and science innovation.

"There has been a massive shift in how people think about their general well-being. As opposed to addressing their health reactively, they're focusing on proactive, long-term ways to be healthier. One of the major ways to impact health for the better is a good night's sleep, and that's where Oura shines," said Michael Chapp, COO of ŌURA.

"We started with sleep because it's the foundation of health and a third of US adults report that they usually get less than the recommended amount. We're just scratching the surface on how the Oura Ring technology can help with other aspects of health, including illness detection, reproductive health, activity, recovery, and mental health."

ŌURA's commitment to research allows the team to bring the most accurate features to its users. Most recently, the ŌURA team has focused on women's and reproductive health research to serve a traditionally underserved market in wearables. In collaboration with the University of California, San Diego and the University of California, Berkeley in separate studies around reproductive health, researchers explored how the continuous temperature tracking technology within the Oura Ring could help spot hormonal changes that have the potential to indicate pregnancy or key events in the menstrual cycle like ovulation. This research and Gen3's advancements in period prediction represent just the beginning of ŌURA's long-term investment in the areas of reproductive health and family planning.

"With sleep tech growing and the global wearable technology market expected to reach $118.16 billion by 2028, the industry is primed for Oura's continued momentum and evolution," said Eurie Kim, Chairperson of the Board for Oura. "Oura delivers accurate sleep and recovery health data, enhanced by personalized and actionable guidance, all packaged into a beautiful, discrete, and comfortable ring form factor. Oura is well positioned to provide the ideal solution for modern consumers seeking to better their health."

More information about the Oura Ring can be found online at ouraring.com.

**About ŌURA Health:**

ŌURA is the company behind the Oura Ring — the smart ring that delivers personalized health data, insights, and daily guidance. ŌURA believes health is a daily practice and, with personalized insights and guidance, you can control the course of your health to live a more balanced life. The Ring tracks all stages of sleep and recovery and accounts for daily activity to provide practical steps for long-term improvement. Founded in 2013, ŌURA Health is headquartered in Oulu, Finland, with offices in Helsinki, San Francisco, and San Diego. ŌURA has raised capital in the past from Lifeline Ventures, Forerunner Ventures, Temasek, The Chernin Group, JAZZ Venture Partners, and MSD Capital, among others. For more information, please visit http://ouraring.com/.

The Oura Ring is not a medical device and is not intended to diagnose, treat, cure, monitor, or prevent medical conditions/illnesses.

## Contacts

**Contacts for Media Inquiries:**
Alexis McDowel, Oura
alexis.mcdowel@ouraring.com
press@ouraring.com

This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners. **Cookie Policy (https://services.businesswire.com/cookie-policy)**

Do Not Sell My Personal Information

Accept Cookies