EXHIBIT 3

Circular™ Smart Ring | Sleep, Energy, Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 2 of 38    9/14/22, 10:15 AM



Discover    Start a project                    **KICKSTARTER**                    Search 🔍 

## Share this project

**Done**

f **Share**    🐦 **Tweet**    ‹ › **Embed**

## Share this project

**Done**

🐦 **Tweet**

f **Share**

✉ **Email**



Circular™ Smart Ring | Sleep, Energy, Performance. Evolved.



24/7 activity, sleep, and wellness monitoring with personalized recommendations, smart & silent alarm clock alerts with style.

**Pre Order On...**

Created by

## Circular

**1,554 backers** pledged €307,009 to help bring this project to life.

**Last updated** July 20, 2022

**Campaign**    Rewards    FAQ [31]    Updates [36]    Comments [742]

Community

Circular™ Smart Ring | Sleep, Energy, Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 4 of 38

9/14/22, 10:15 AM



**▶ PLAY**

# Circular™ Smart Ring | Sleep, Energy, Performance. Evolved.

**€307,009**
pledged of
€20,000 goal

**1,554**
backers

 **Project We Love**     ◉ **Paris, France**     🏷 **Technology**

**STORY**

## Story

RISKS



# HOLD UP!

- **Please watch our campaign video above before reading on** -

You'll learn a lot from our video. We promise!
Please take a few minutes to watch and
learn more before scrolling on.

## Meet Circular.

## Support

Circular is the smart ring that combines style with cutting edge technology to empower you to be more energetic and productive.



Smart controls



### Pledge €5 or more

**Show Some Love**

You are awesome! Thank you for helping bring Circular to life. Your contribution will get you exclusive access to all future updates, special offers, and the chance to follow our story!

INCLUDES:

- Circular News, Updates and Special Offers

ESTIMATED DELIVERY



"Unlike other wellness apps and gadgets on the market, its unique design and features actually provide an analysis of the data rather than just metrics and raw data."

## A Smarter Solution.

On the outside, Circular is sleek, seamless, and discreet. On the inside, it's powered by advanced mechanical customization and intuitive AI.



Interchangeable shell

Built-in data storage

3-Axis accelerometer

Button

Infrared heart rate sensor

2-Day battery life

Waterproof & scratch resistant

## Productivity, Evolved.

When it comes to user experience, we've made no compromises. The result? A seamless experience that works for you day & night.

Circular™ Smart Ring | Sleep, Energy, Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 7 of 38

9/14/22, 10:15 AM



## Meet Kira.

Can we introduce you to someone very special? Meet Kira. She's an integral part of the Circular experience, and her whole goal is to make your life easier—from helping you make improvements to letting you know when it's time to step it up.





Night & Day.



Circular never sleeps, but you'll sleep better.

That's because what Circular does best is synthesize and analyze your body signals (night and day!) for unique recommendations and advanced wellness correlations to improve your well-being.

**Circular Tracks:**

Circular™ Smart Ring | Sleep, Energy, Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 10 of 38    9/14/22, 10:15 AM



While designing Circular, our wish was to create a device that would assist us in responding to our body signals in a healthier way—helping us make optimal daily activity choices instead of just measuring the metrics. With Circular, you can learn about the effect of your sleep on your daily performance and the effect of your activities on the quality of your sleep and your future wellness.

Everyone is unique, whether it is in terms of lifestyle, fitness, thoughts, choices, recovery, health, or sleep patterns. Circular's tracking features hold their true benefits in our cross-analysis. Day & Night

tracking combined enables us to deeply understand how the body reacts to events and what it needs.

**We've spent a whole year working with sleep and activity specialists, doctors, and PhD. students to develop algorithms that effectively analyze your body signals in line with laboratory equipment.**

**The precision can only get better with time, making Circular one of the most accurate and noninvasive tracking devices on the market.**

## The App.

Get real-time, personalized recommendations. Control your ring, visualize your progress, meet (and compete with!) your wellness community, and get impactful recommendations through the Circular app.

Circular™ Smart Ring | Sleep. Energy. Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 12 of 38    9/14/22, 10:15 AM



Personal feed & recommendation



We're taking wearable tech to the next level by establishing baselines for users instead of just measuring metrics and spitting out raw data. Through the Circular app, you'll be able to:

- Control your ring.
- Measure and visualize your progress through our sleep and activity scoring system.
- Meet (and compete with!) your fitness community.

Circular™ Smart Ring | Sleep, Energy, Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA     Document 13-4     Filed 09/23/22     Page 13 of 38

9/14/22, 10:15 AM

## App Structure

Menu & Battery Status

Your "Circles" -
Add or Delete a Feature at will

Quick Access Bar

Your Personalized Feed
Corresponding to the
Activated Circles





## The Design.

When working out, we don't want to wear a device made of precious gems; neither do we want to wear a plastic-looking device to an elegant event.

We believe that wearables should seamlessly blend into our everyday lives,

and that's exactly what Circular does.

It's scratch-resistant, water-resistant, and you can switch up your style to fit the occasion with interchangeable outer shells.





Circular's adjustable shell allows for infinite possibilities, so look out for many additional designs to choose from in the future!

Circular™ Smart Ring | Sleep, Energy, Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 15 of 38    9/14/22, 10:15 AM



## The Power.

Need a charge? Connect on-the-go with our mobile charging solution.



## The Technology.

The Circular ring connects via Bluetooth to your iPhone or Android device. Setting up the ring is as easy as downloading the app onto your phone, and all software

updates are wirelessly transmitted to your Circular ring.



### Built-in intelligence

We designed Circular to be an effortless, autonomous part of your daily life. There's no on/off button on the ring; it knows whether you are wearing it or not. Similarly, there's no need to notify the app nor the ring about what you are going to do. Circular knows when you go to sleep and when you do activities, and it uploads the subsequent data to your phone automatically. If your phone is not available, it can collect and store detailed data for up to 7 days.

### Body Signal processing

The ring collects the body signals it needs using its dual sensors (Heart Rate Sensor and Accelerometer).

Case 6:22-cv-00478-ADA Document 13-4 Filed 09/23/22 Page 17 of 38

9/14/22, 10:15 AM

Circular contains a built-in processor that will process the data and send it by Bluetooth to the Circular mobile app for analysis. The Circular app uses machine learning to better understand your habits and offer a personalized experience.

### Wave free during your sleep

Although the 2400 MHz to 2485 MHz radiation output of a Bluetooth device is negligible to your health, the Circular ring automatically goes into "sleep mode" when it detects a sleeping state—meaning that it is functioning without Bluetooth during your sleep while still capturing your body signals. It will synchronize with the app when you get up.



### The Sensors

· A precise 3 Axis

Circular™ Smart Ring | Sleep. Energy. Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 18 of 38    9/14/22, 10:15 AM

Accelerometer

· A red and Infrared Optical
Pulse Sensor

Having infrared LEDs means that there are
no blinking lights on the ring to disturb
your sleep because our eyes cannot see
infrared wavelengths of light.

How It All Works.

Using Circular is simple (so simple you
basically don't have to do anything).
Here's how it works:

Circular™ Smart Ring | Sleep. Energy. Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 19 of 38    9/14/22, 10:15 AM



## What People Are Saying.

Here's what our beta testers have to say about the Circular experience:

Circular™ Smart Ring | Sleep, Energy, Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 20 of 38    9/14/22, 10:15 AM



*"I thought the sensors and the flat part would alter my experience, but the Circular ring is as **comfortable as any other ring**. I'd consider myself a biohacker, and it's about time we have a **24/7 tracker!**"*

*– David B.*

*"**Outer shells** are a pretty neat add. I always had a problem with my wearable devices: I really couldn't wear them all the time because of the gadget look they have."*

*– Mira T.*

*"What's great is that **I don't need to think about the ring while sleeping**. No head band scratching my head, no watch that's too thick, just a **lightweight device that does the job**."*

*– François B*

*"My husband is grumpy, and waking him up with my alarm used to make him even more grumpy. But now he sleeps like a log. **I wake up to silent vibrations feeling refreshed**. So I'm in a **better mood right away** and I don't get sleep inertia like I used to."*

*~ Ashlynn R.*

## Why Circular?

We think that wearables on the market are bulky, and most of them are gadget-looking. Because of that, we can't wear our wearables at any moment. Watches and bands are uncomfortable at night, so we don't like to sleep with them. Moreover, we don't want to wear our plastic-made or bulky wearables at an elegant event or meeting.

Circular™ Smart Ring | Sleep, Energy, Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 21 of 38    9/14/22, 10:15 AM

Because we don't wear our wearables
enough, the data can't be used for
advanced correlations. This leads to poor
user results and low material benefits that
make us tire quickly of our wearables
experience. Regarding the data, the
output data is frequently either
inaccurate or isn't useful because the
recommendations are not personalized.

Despite abandoning our wellness
wearables, we still loved the benefits we
were promised; and that's how Circular
was born.

We're taking wearable devices to a whole
new level because we really believe in the
power of assisted technology. We've
developed a wearable that can truly be
worn 24/7 without affecting our comfort
or our look, and that will allow for
advanced personalized
recommendations. By cross-analyzing
your data day and night while taking into
consideration your own personal history
and habits, we are able to deliver a truly
personal experience and not simply hand
out raw data. It's wellness, evolved.

Circular™ Smart Ring | Sleep, Energy, Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 22 of 38    9/14/22, 10:15 AM



| | Circular | Wristbands | Watches | Belts | Mobile Apps |
|---|---|---|---|---|---|
| DAY & NIGHT DISCRETION & COMFORT | ★★★★ | ★★★ | ★★ | ★ | ★ |
| FASHIONABLE | ★★★★ | ★★ | ★★★ | ★ | ★ |
| CUSTOMIZABLE | ✔ | ✔ | ✔ | ✘ | ✘ |
| PERSONAL ASSISTANT & ADVANCED CORRELATION | ✔ | ✘ | ✔ | ✔ | ✘ |
| SMART ALARM | ✔ | ✔ | ✔ | ✘ | ✘ |
| DAY ALERTS | ✔ | ✔ | ✔ | ✘ | ✔ |
| ACTIVITY & SLEEP TRACKING WITH HEART RATE | ✔ | ✔ | ✔ | ✔ | ✘ |
| SURROUNDINGS CONTROL | ✘ | ✘ | ✔ | ✘ | ✘ |
| BATTERY OPERATING TIME | 2+ days | 5+ days | 7+ hours | 14+ hours | 6+ hours |

## Tech Specs / What's in the Box.



**Battery**
2 days of battery life with 60 minutes of charging

**Memory**
1 week of built-in data storage even without a Bluetooth connection

**Resistant**
Waterproof & Scratch Resistant

**Hypoallergenic**
Body made of nickel-free clinical plastic

**Won't get in your way**
Only 8mm large, 2.8mm thick and 4 grams

**Sensors**
3-axis accelerometer & infrared heart rate sensor

**Customizable**
3 outer-shells for quick style changes

**Communication**
Bluetooth low energy

**Compatibility**
iOS 11+ on Apple devices and with all Android devices 6.0+



Available sizes

| US & Canada | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|
| UK & Australia | M | O | Q | R 3/4 | T 1/2 | V 1/2 | Y |
| France & Russia | 52 3/4 | 55 1/4 | 57 3/4 | 59 | 61 1/2 | 63 | 67 1/2 |
| Germany | 16 1/2 | 17 1/4 | 18 | 19 | 19 1/2 | 20 3/4 | 21 1/4 |
| Japan | 12 | 14 | 16 | 18 | 20 | 23 | 25 |
| Switzerland | 12 3/4 | 15 1/4 | 17 3/4 | 19 | 20 1/4 | 23 3/4 | 27 1/2 |

## The Circular Team.

We're a diverse group of individuals with a shared passion for innovation. Our big "thing" is making sense of data to allow people to live to their fullest.

Our vision has led us all to embark on this crazy journey—combining the greatest tech of the past years to create a new generation of intuitive wearables.

Circular™ Smart Ring | Sleep, Energy, Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 24 of 38

9/14/22, 10:15 AM

Imagine combining the power of AI, big data, miniaturization, and IoT together; THAT'S our goal. Let's leap into the future together.



### Amaury Kosman

**CEO**

○ Technology enthusiast.
○ Grey shirts + Circular are my signature style.



### Adiasa Suharno

**CTO**

○ Loves electronics, mechanics and firmware development.
○ Always laughing.



### Rohan Chaudhari

**Data Scientist**

○ ML, DL, and algorithm guru.
○ Dreams of flying cars.



### Laurent Bsalis

**CFO**

○ Bio-hacker & entrepreneur.
○ All around great guy.



### Andrew Racine

**Data Scientist**

○ Artificial Intelligence and Business Strategy mastermind.
○ Always planning the next move.

## CONTRIBUTORS

  

Circular™ Smart Ring | Sleep, Energy, Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 25 of 38    9/14/22, 10:15 AM



**Chloé Batia**
UI/UX Designer

**Aji Pamungkas**
App Developer

**Wilton Rosemond**
Creative Director

**Guilhem Laffont - Occo**
Mechanical Designer
& Engineer

**Fabrizio Delladio**
Product Designer

Circular is a vision we've been dying to bring to life since 2017. The product you're seeing in this project is the result of innumerable hours of iterating and reiterating. We're perfectionists, and we wanted to make sure Circular could do it all—*without* creating a product that would fall into the abyss a few months later. With your help, we can make the final leap.

## Why Kickstarter?

Let's be honest with you; hardware is hard. We're still a small company battling some of the largest competitors in the world. We believe that this is the best and most efficient way for us to get our

product to open-minded and technology-enthusiastic people that can understand it before everyone else.

Circular needs your help to fully come to life. Prototypes and pre-production units were mostly financed personally and with the help of public institutions and contests we have won. But we now face high upfront expenses regarding tooling, certifications, and minimum quantity purchases.

Our trusted manufacturing partners need a minimum financial commitment from us to get started on a larger manufacturing run. With Kickstarter, we would be able to put in a larger order with our manufacturing partners enabling us to serve the exact customer demand.

### Verified Design.

Guess what? (Hint: It's pretty exciting!)

Industry experts in consumer electronics, supply chain, and manufacturing at Avnet

Circular™ Smart Ring | Sleep. Energy. Performance. Evolved by Circular — Kickstarter

9/14/22, 10:15 AM

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 27 of 38

and Dragon Innovation have reviewed the design, cost, and build viability of Circular.

This means we have:

- Received advice and coaching from Avnet and Dragon Innovation

- A working proof-of-concept prototype, at minimum

- Realistic project timeline and cost projections and an understanding of the challenges.



**Take a look at our highlighted "How-To" Videos Below:**

Our most requested feature - The Live Heart Rate

Circular™ Smart Ring | Sleep, Energy, Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 28 of 38    9/14/22, 10:15 AM



The Alarm Clock Feature



The Circles Feature

The Charging Solution

Circular™ Smart Ring | Sleep, Energy, Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 29 of 38

9/14/22, 10:15 AM



Circular at the Wearable Tech Summit
(CES 2020)



Reward Tiers.

As an early supporter, you'll get a Circular
deal like no other. Choose from:



**VIP Reward**
1 Circular Ring + 1 Outer Shell

$199
41% off MSRP

$338
+ $10 shipping + tax

Save $139    500 Available

**SOLD OUT**

Get 1 Circular Ring with this VIP offer. Ring available with black fit, rose gold or silver outer shells.

- 1 Circular Ring
- 1 Outer Shell
- 1 Year Warranty
- Circular news, updates and special offers
- 1 Charger
- 1 FREE Extra Outer Shell
- 1 USB Cable

We will collect your choice of color and ring size after the campaign.

**Show Some Love!**
You are Awesome!

$5

UNLIMITED Available

Thank you for helping bring Circular to life. Your contribution will get you exclusive access to all future updates, special offers, and the chance to follow our story!



**Early Bird**
1 Circular Ring + 1 Outer Shell

$219
24% off MSRP

$289
+ $10 shipping + tax

Save $70    500 Available

Get 1 Circular Ring with this Early Bird offer. Ring available with black fit, rose gold or silver outer shells.

- 1 Circular Ring
- 1 Charger
- 1 Year Warranty
- Circular news, updates and special offers
- 1 Outer Shell
- 1 USB Cable

We will collect your choice of color and ring size after the campaign.



**Kickstarter Special**
1 Circular Ring + 1 Outer Shell

$229
20% off MSRP

$289
+ $10 shipping + tax

Save $60    UNLIMITED

Get 1 Circular Ring with this **20% Off** offer. Ring available with black fit, rose gold or silver outer shells.

Circular™ Smart Ring | Sleep. Energy. Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 31 of 38    9/14/22, 10:15 AM



- 1 Circular Ring
- 1 Charger
- 1 Year Warranty
- Circular news, updates and special offers

- 1 Outer Shell
- 1 USB Cable

We will collect your choice of color
and ring size after the campaign.

## Dual Pack
**2 Circular Rings + 2 Outer Shells**

$**438**
21% off MSRP

**Save $120**  UNLIMITED

$558
+ $10 shipping
+ tax

Get 2 Circular rings. For yourself and
your better half or friends & family as a
present. Rings available with black fit, rose
gold or silver outer shells.

- 2 Circular Rings
- 2 Chargers
- 1 Year Warranty
- Circular news, updates and special offers

- 2 Outer Shells
- 2 USB Cables

We will collect your choice of color
and ring size after the campaign.

## Stretch Goals.

The more backers, the more benefits! If
we achieve these exciting funding
landmarks, we'll be able to offer you even
MORE Circular features.



**$100,000 - UNLOCKED!**
Smart Controls to Control your Music

Switch the track with a simple touch of your
Circular ring with push-button music control.
Perfect for distraction-free, one-handed control
no matter whether you're at the gym or on a
long road trip.

UNLOCKED!

Circular™ Smart Ring | Sleep, Energy, Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 32 of 38    9/14/22, 10:15 AM



## $600,000
**Release of Additional Programs Circle**

Unleash your true potential with an additional program circle designed specially to take your performance to the next level. Each program will contain a custom training schedule along with an achievement timeline.


LOCKED

## $1,000,000
**New 14K Yellow Gold Plated Outer Shell with a 20% Off Discount for Every Backer**

Unlock an elegant 14K yellow gold plated outer shell option, perfect for special occasion wear (or even as a practical wedding ring alternative!) All existing backers will be able to upgrade to or add-on this shell for a 20% discount.


LOCKED

## $1,500,000
**Release of Emergency SOS Button Circle**

Be prepared for any scenario with an emergency SOS button. A discreet touch of your Circular ring will send a pre-set emergency message to a contact of your choice.


LOCKED

## $2,000,000
**20% Off Discount on Any Extra Outer Shell**

Can't decide on your favorite outer shell? Collect them all with 20% savings on any additional shell choice.


LOCKED

## $2,500,000
**Custom Laser Engraving for Every Backer**

Personalize your Circular ring with custom engraving to really make it your own. Whether you want to add a short motivational quote or simply customize your ring with your initials, the choice is yours!

••Please note that custom engraving will add a little extra time to your delivery date.


LOCKED

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 33 of 38    9/14/22, 10:15 AM

## Timeline.

We have been working hard on ensuring that Circular is ready for you across all spectrums. Some elements of the Circular app, such as the five circles, will be created through the funds we raise during the campaign; and partnerships with other smart devices manufacturers will progressively be added with time. As part of our ongoing journey, we look forward to adding more Circles, features, and updates down the road.

## 2017

**Sept** – ● – **Proof of Concept**

## 2018

Jan – ○ – -Start of Incubation

Mar – ○ – -Development
                PCB
                Electrical Components

**Sept** – ● – **Alpha Prototyping**

## 2019

Feb – ○ – -Pilot test 1

Mar – ○ – -Development
                Mechanical Engineering
                Firmware
                Charger

**Jun** – ● – **Beta Prototyping**

Sept – ○ – -Pilot Test 2

## 2020

**Jan** – ● – **KICKSTARTER**
            Circular needs your support!

Mar – ○ – -Optimization

Apr – ○ – -Production

May – ○ – -Assembly

**Aug** – ○ – **-Delivery to Kickstarter Users**

○ Circular

Sharing is caring :) Social support is very much appreciated by our entire team. The more people hear about Circular, the

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 35 of 38

Circular™ Smart Ring | Sleep, Energy. Performance. Evolved. by Circular — Kickstarter                    9/14/22, 10:15 AM

better we'll be able to make it a reality.







Circular™ Smart Ring | Sleep, Energy, Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 36 of 38    9/14/22, 10:15 AM



More than $15,000,000 has been raised
with Sprint's support





Promoted by **Je**||**op**

This project is promoted by Jellop, the ad
tech power behind the best Kickstarters
with 1000+ successful Kickstarter
projects with over $430M raised between
them.

## Risks and challenges

None of us want this to be a campaign
where you spend years getting emails
about production updates and delays. If

Circular™ Smart Ring | Sleep, Energy, Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 37 of 38    9/14/22, 10:15 AM

you back this project, we want to be sure you can start using Circular as soon as possible. We have done our homework, so the risks are minimal. We have identified and locked in our manufacturers who will be able to ship as soon as we're ready to.

We've done our very best to forecast demand and create a solid production plan. However, we know from other Kickstarter projects that sometimes forecasts don't always hit the mark. If we miss projections, we will let you know why and make it right as quickly as possible.

Every ring shown on this page and in the videos was successfully built on our partners' production lines. However, the Circular app is not yet fully developed because we need funds to finish it.

**Learn about accountability on Kickstarter**

Questions about this project? **Check out the FAQ**

Circular™ Smart Ring | Sleep, Energy, Performance. Evolved. by Circular — Kickstarter

Case 6:22-cv-00478-ADA    Document 13-4    Filed 09/23/22    Page 38 of 38    9/14/22, 10:15 AM

Report this project to Kickstarter

Arts    Comics & Illustration    Design & Tech    Film    Food & Craft    Games
Music    Publishing

**ABOUT**

About us
Our charter
Stats
Press
Jobs

**SUPPORT**

Help Center
Our Rules
Creator Resources
Forward Funds
Brand assets

**MORE FROM
KICKSTARTER**

Newsletters
Kickstarter
Magazine
The Creative
Independent
The Kickstarter
Blog
Mobile apps
Research

Kickstarter, PBC ©
2022

   

Eng ▾    $ US Dollar (US ▾

Trust & Safety    Terms of Use    Privacy Policy    Cookie Policy    Accessibility Statement
CA Notice of Consent