EXHIBIT 4

Circular Smart Ring: Sleep, Energy, Performance. | Indiegogo



INDIEGOGO  INDIEGOGO     Explore ⌄     What We Do     🔍     For Entrepreneurs     Start a Campaign     |     Log In     Sign Up

THIS CAMPAIGN IS CLOSED

# Circular Smart Ring: Sleep, Energy, Performance.

24/7 activity, sleep, and wellness tracking with personalized recommendations. With style & comfort.

ABOUT THIS CAMPAIGN

## You may also be interested in                                   ‹  ›




FUNDING ✔ PROVEN                                          ♡

### SIRUI : The Most Affordable 2x Anamorphic Solution

SIRUI 35mm &100mm 1.6x Full-Frame Anamorphic Lenses + SIRUI 1.25x Anamorphic Adapter

CAMERA GEAR

**$5,144,605** USD raised                    8,902%
━━━━━━━━━━━━━━━━━━━━━━━━
🕐 30 days left



FUNDING                                          ♡

### BLUETTI AC500 & B300S - Home Backup Power Station

18,432Wh/5,000W/LiFePO4/8000W Max. Input/UPS/240V Split Phase/3 Years Warranty/Smart App

ENERGY & GREEN TECH

**$24,466** HKD raised                    51,446%
━━━━━━━━━━━━━━━━━━━━━━━━
🕐 31 days left



FUNDING ✔ PROVEN                                          ♡

### GPD WIN Max 2 Handheld Gaming PC 4G LTE AMD

10.1-inch bezel-less display, R7-6800U/i7-1260P processor, 16GB/32GB RAM, 1TB/2TB nvme ssd

TECH & INNOVATION

**$46,109** USD raised                    124,495%
━━━━━━━━━━━━━━━━━━━━━━━━
🐾 Now funding through InDemand




FU...

Se...
Se...

43...
30...
60...

TR...

$8...





CLOSED

## Circular Smart Ring: Sleep, Energy, Performance.

24/7 activity, sleep, and wellness tracking with personalized recommendations. With style & comfort.



Circular Ring | A closer look

24/7 activity, sleep, and wellness tracking with personalized recommendations. With style & comfort.

⭕ **Circular Ring**
1 Campaign | Paris, France

**$375,789** USD by 1,853 backers

$306,834 USD by 1,554 backers on Mar 4, 2020 with another platform

♡ FOLLOW           

---

STORY    FAQ    **UPDATES** 23    COMMENTS 151

 **by Circular Ring**
Jul 25, 2022 • 9:12AM                    2 months ago

---

**Delivery Update ! ✈️?**

## Hello everyone,

As we are shipping first users, you're probably wondering where your ring is! You understand that after more than 4 years in the works, we are very excited to be in that stage which is shipping first users.

However, we are already receiving feedback and return from backers saying that they have not yet updated their shipping address or that the shipping address is wrong.

Because of this, we will lock the crowdox at the end of the week for indiegogo backers. So please update your information on your crowdox survey before 07.31. After this date, if you need to change anything related to your shipping address you'll have to contact us at

support@circular.xyz or through the instant message on the website
[www.circular.xyz](www.circular.xyz)

You will be delivered between now and October, we just ask for a little more patience.

Circular wouldn't be able to be as successful without your support so thank you again for sticking around.

Our team is doing the best job it can to match your expectations and beyond!

P.S: Remember to validate and check your Crowdox order, it will not be possible to change your size/address/phone number if your package has already been shipped!

---

 by Circular Ring
May 25, 2022 • 12:12PM                                    4 months ago

### Circular Development Update - Weeks 22-23
Circular Development Update - Weeks 05/06

The latest update has just been sent to the email addresses you have used to sign in on Indiegogo.

Read More

---

 by Circular Ring
Apr 25, 2022 • 11:12AM                                    5 months ago

### Circular Development Update - Weeks 05/06

The latest update has just been sent to the email addresses you have used to sign in on Indiegogo.

Do check your spam (contact@circular.xyz). If you do not see an

Read More

---

 by Circular Ring
Apr 5, 2022 • 10:04AM

5 months ago

## Last steps before delivery

Dear Backers, members of the Circular family, thank you again for
supporting the project since its beginning, despite the multiple
delays and problems encountered.

Read More

---

 by Circular Ring
Mar 16, 2022 • 12:48PM

6 months ago

## Circular Development Update - Weeks 05/06

Dear backers,

The latest update has just been sent to the email addresses you have
used to sign in on Indiegogo.

Read More

---

 by Circular Ring
Jan 31, 2022 • 10:25AM

8 months ago

## Circular Development Update - Weeks 05/06
Dear backers,

The latest update has just been sent to the email addresses you have
used to sign in on Indiegogo.

Read More

 by Circular Ring
Jan 13, 2022 • 9:23AM

8 months ago

## Circular Development Update - Weeks 02/03
Dear backers,

The latest update has just been sent to the email addresses you have
used to sign in on Indiegogo.

Read More

 by Circular Ring
Dec 20, 2021 • 4:06AM

9 months ago

## Circular Development Update - Week 51/52
Dear backers,

The latest update has just been sent to the email addresses you have

Read More

---



by Circular Ring
Nov 24, 2021 • 8:51AM                                    10 months ago

**Circular Development Update - Week 47/48/49 2021**

Dear backers,


The latest update has just been sent to the email addresses you have


Read More

---



by Circular Ring
Oct 23, 2021 • 4:14AM                                    11 months ago

**Circular Development Update - Week 42/43 2021**

Dear backers,


The latest update has just been sent to the email addresses you have


Read More

 **by Circular Ring**
Oct 8, 2021 • 8:13AM                                    11 months ago

## Circular Development Update - October 2021

Dear backers,

The latest update has just been sent to the email addresses you have

Read More

 **by Circular Ring**
Sep 16, 2021 • 8:34AM                                  12 months ago

## Circular Development Update - September 2021

Dear backers,

The latest update has just been sent to the email addresses you have

Read More

 **by Circular Ring**
Aug 2, 2021 • 8:38AM                                    1 year ago

## Circular Development Update - August 2021

Dear backers,

The latest update has just been sent to the email addresses you have

Read More



by Circular Ring
Jun 14, 2021 • 1:59AM

over 1 year ago

## Circular Development Update - June & July 2021

Dear backers,

The latest update has just been sent to the email addresses you have

Read More



by Circular Ring
May 4, 2021 • 2:50AM

over 1 year ago

## Circular Development Update - May & June 2021

Dear backers,

The latest update has just been sent to the email addresses you have

Read More

---



by Circular Ring
Mar 30, 2021 • 7:45AM

over 1 year ago

## Circular Development Update - March & April 2021

Dear backers,

The latest update has just been sent to the email addresses you have
used to sign in on Indiegogo.

Do check your spams if you don't see it!

Thanks for the ongoing support,

*- The Circular team*

---



by Circular Ring
Feb 15, 2021 • 7:50AM

over 1 year ago

## Circular Development Update - February 2021

Dear backers,

The latest update has just been sent to the email addresses you have
used to sign in on Indiegogo.

Do check your spams if you don't see it!

Thanks for the ongoing support,

*- The Circular team*

by Circular Ring

Dec 28, 2020 • 3:32AM

over 1 year ago

### Circular Development Update - December & January 2020/2021

Dear backers,

The latest update has just been sent to the email addresses you have used to sign in on Indiegogo.

Happy holidays!

- The Circular team

SEE MORE UPDATES

## Tags for this project

TECH & INNOVATION    FASHION & WEARABLES    BLUETOOTH    JEWELRY    SENSOR    TRACKERS

## You may also be interested in







**FUNDING** ✓ PROVEN

**SIRUI : The Most Affordable 2x Anamorphic Solution**

SIRUI 35mm &100mm 1.6x Full-Frame Anamorphic Lenses + SIRUI 1.25x Anamorphic Adapter

CAMERA GEAR

$5,144,605 USD raised    8,902%

⏱ 30 days left



**FUNDING**

**BLUETTI AC500 & B300S - Home Backup Power Station**

18,432Wh/5,000W/LiFePO4/8000W Max. Input/UPS/240V Split Phase/3 Years Warranty/Smart App

ENERGY & GREEN TECH

$24,466 HKD raised    51,446%

⏱ 31 days left



**FUNDING** ✓ PROVEN

**GPD WIN Max 2 Handheld Gaming PC 4G LTE AMD**

10.1-inch bezel-less display, R7-6800U/i7-1260P processor, 16GB/32GB RAM, 1TB/2TB nvme ssd

TECH & INNOVATION

$46,109 USD raised    124,495%

🔥 Now funding through InDemand

FU

Se
Se

43
30
60

TR

$8

🔥



**Find it first on Indiegogo**

Discover new and clever products in the Indiegogo newsletter

Your email address

☐ I agree to the Terms of Use and have read and understand the Privacy Policy

**SIGN ME UP**



EXPLORE

What We Do
Funding

ABOUT

About Us
Blog
Trust & Safety
Help & Support
Press
Careers
Contact

ENTREPRENEURS

How It Works
Indiegogo vs. Kickstarter
Education Center
Experts Directory
Fees
Enterprise
China

$ US Dollar (USD)

Terms of Use    Privacy Policy    Cookie Policy    Do Not Sell My Personal Information    Accessibility    © 2022 Indiegogo, Inc. All Rights Reserved

Do Not Sell My Personal Information

© 2022 Indiegogo, Inc. All Rights Reserved