EXHIBIT 6

| | |
|---|---|
| **Subject:** | Re: Activity in Case 6:22-cv-00478-ADA Oura Health Oy v. Circular SAS Summons Returned Executed [C347.L22611] |
| **Date:** | Tuesday, July 19, 2022 at 11:13:52 AM Pacific Daylight Time |
| **From:** | Jonathan Pearce |
| **To:** | Jay Yates |
| **CC:** | Kyrie Cameron, Karen Mowery, Elisha D. Manzur, Puja Detjen, Grant Davis |
| **BCC:** | Kevin Cadwell, Brian Tamsut |
| **Attachments:** | image001.jpg, image002.jpg, image003.jpg |

Jay,

It seems we are at an impasse. Your only cases in support of your position seem to hold the opposite conclusion. As I indicated in my last email, should you proceed with default, we will pursue our own rule 11 motion in response. As Judge Abright indicated, merely mailing a complaint to the Texas Secretary of State is not sufficient. Compliance with the Hague is required as well. From our review of the cases you cite and our own research, it is apparent you have not followed Hague procedure. At a minimum, there exist significant issues with your purported service:

- You submit no proof my client was actually served in France.
- You submit no evidence service by mail was actually completed.
- You provided no French translation of the documents as required under French law.
- You point to no French law that authorizes service by mail in conformity with the Hague. Article 55 of the French Code of Civil Procedure requires that service be completed by a judicial officer in France. Registered U.S. Mail is not a judicial officer.
- The dates asserted in your complaint, letter, summons, and exhibits are inconsistent.
- You filed the proof of service after the answer was already purportedly due.

Since it appears you are insistent on proceeding with default judgment practice, I again offer an alternative. We can spend the next two months arguing over whether my client was properly served in your default judgment motion and arguing our own rule 11 motion. Or, I remain willing to sign a waiver, dated today, giving my clients two months to respond. To be clear, I am willing to respond within sixty days, not ninety. Even if you were to win this dispute regarding service, going though motion practice and waiting for the judge to rule will take considerably more time and resources than simply agreeing.

Regards,

/jonathan pearce/

Jonathan Pearce
SoCal IP Law Group LLP
(805) 267-2266
www.socalip.com

**From:** Jay Yates <JYates@pattersonsheridan.com>
**Date:** Tuesday, July 12, 2022 at 6:33 PM
**To:** Jonathan Pearce <jpearce@socalip.com>
**Cc:** Kyrie Cameron <KCameron@pattersonsheridan.com>, Karen Mowery <kMowery@pattersonsheridan.com>, "Elisha D. Manzur" <elisham@socalip.com>, Puja Detjen <PDetjen@pattersonsheridan.com>, Grant Davis <GDavis@pattersonsheridan.com>
**Subject:** RE: Activity in Case 6:22-cv-00478-ADA Oura Health Oy v. Circular SAS Summons Returned Executed [C347.L22611]

Counsel,  Please see the attached.  Regards, Jay

**Jay Yates • Partner
PATTERSON + SHERIDAN LLP**
24 Greenway Plaza, Suite 1600, Houston, TX 77046
**Main:**     713.623.4844 Ext 2163
**Direct:**   713.577.4817
**Fax:**      713.623.4846
**Email:** jyates@pattersonsheridan.com
http://www.pattersonsheridan.com

CONFIDENTIAL INFORMATION
This transmission contains information from the law firm of Patterson + Sheridan, L.L.P. which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you. Alternatively, notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

---

**From:** Jonathan Pearce <jpearce@socalip.com>
**Sent:** Tuesday, July 5, 2022 12:32 PM
**To:** Jay Yates <JYates@pattersonsheridan.com>
**Cc:** Kyrie Cameron <KCameron@pattersonsheridan.com>; Karen Mowery <kMowery@pattersonsheridan.com>; Elisha D. Manzur <elisham@socalip.com>; Puja Detjen <PDetjen@pattersonsheridan.com>; Grant Davis <GDavis@pattersonsheridan.com>
**Subject:** Re: Activity in Case 6:22-cv-00478-ADA Oura Health Oy v. Circular SAS Summons Returned Executed [C347.L22611]

[CAUTION] External Email. Please do not click links or open attachments unless the source is trusted or has been verified.

Jay,

Your proposed actions will force us to engage in Rule 11 practice. To date, you have not properly served our client, and the cases you cite only confirm this. Judge Albright – the assigned judge in our case – gave a reasoned, and lengthy discussion of the interplay of *Whitney* service and the requirements of service abroad under the Hague Convention. His order in *Buffalo Patents, LLC v. ZTE*

*Corp.*, W-21-CV-01065-ADA, 2022 U.S. Dist. LEXIS 101232 (W.D. Tex. June 22, 2022) is entitled "Order **Granting Defendant's Motion to Dismiss for Improper Service** and Lack of Personal Jurisdiction." The court carefully parsed the relevant cases and the interplay of international comity and that analysis ends with "Only then, after forwarding, is service 'valid and complete' under state law. Because the Texas Secretary of State is required to forward the documents to provide notice, Texas's service statute triggers the Hague Convention." *Id.* at 17. "In sum, because the mailing of process abroad culminates in service subject to the Hague Service Convention, and that process is being transmitted to a foreign country that is a signatory, the Hague Service Convention controls…. Therefore, **Plaintiff's method of service** [*Whitney* service] **was invalid**." *Id.* at 19-20 (emphasis added). Like China, France does not accept service by mail (see attached).

Your second assertion, "Circular knows about the case" and, therefore, services is valid, is also legally irrelevant. Judge Albright explained "[Plaintiff] has not attempted to follow the service of process procedures in the Hague Service Convention, but rather asks this Court to permit plaintiffs to sidestep those procedures from the outset. This Court declines that invitation." *Id.* at 21. Defendant in the other case you cite is a U.S.-based defendant, which does not implicate the Hague Convention. Even so, *Whitney* service was deemed inadequate in that case as well. Citing two cases where *Whitney* service were insufficient for proper service is a strange way to support your position that it is proper in this case.

If you proceed with a default in contravention of international, federal, and common law authority (made by the same judge in the same court less than a month ago, all of which you are aware of since you provided the case to me), you will violate Fed. R. Civ. P. 11(b). We will seek our attorney's fees in having to fight you on an entirely unsupported legal position.

If you are serious about this case, then you must follow proper procedure. This means proper service of our client in conformity with Judge Albright's requirements and international law.

In the meantime, I am still awaiting your settlement proposal or any indication of how you think this dispute might resolve. It's been a month since I last asked. The complete lack of damages since our client has yet to sell any products makes this case quite perplexing. No products have even been sold by our client, yet your client filed suit. You have been unable to even properly serve our client. These acts demonstrate that your client does not actually care about the merits of this case, but is simply trying to harass a potential competitor. If true, that would be another violation of Fed. R. Civ. P. 11(b)(1). Surely, your client has a reasonable proposal to end to this dispute that would make all of this, including service, unnecessary. We remain happy to hear it.

Regards,

/jonathan pearce/

Jonathan Pearce
SoCal IP Law Group LLP
(805) 267-2266
www.socalip.com

**From:** Jay Yates <JYates@pattersonsheridan.com>
**Date:** Thursday, June 30, 2022 at 2:25 PM
**To:** Jonathan Pearce <jpearce@socalip.com>
**Cc:** Kyrie Cameron <KCameron@pattersonsheridan.com>, Karen Mowery <kMowery@pattersonsheridan.com>, "Elisha D. Manzur" <elisham@socalip.com>, Puja Detjen <PDetjen@pattersonsheridan.com>, Grant Davis <GDavis@pattersonsheridan.com>
**Subject:** RE: Activity in Case 6:22-cv-00478-ADA Oura Health Oy v. Circular SAS Summons Returned Executed [C347.L22611]

Jonathan,

Your client is aware of the suit filed May 11, 2022.  A Circular spokesperson provided a statement to at least Wareable on or around May 13, 2022, about the suit.  I sent you the waiver required by Rule 4 on May 12, 2022, including a copy of the Complaint, which you presumably sent to your client in order to arrange accepting service on their behalf.  Your office received the mailed copy of the waiver on May 16, 2022.

Your last communication to us on May 18, 2022 indicated that you were conferring with prospective local counsel and that you believed that waiver of service allowed 60 days, rather than 90 days, to respond to the complaint under the Rules.  This May 18, 2022 email was in response to Ōura's offer to not oppose a motion to extend the deadline for an additional 30 days if service was waived.  You told us to proceed if your "delay is too much."  Due to your delay, we properly served Circular through the Texas Secretary of State who is Circular's involuntary agent for service of process.  Tex. Bus. & Orgs. Code § 9.001; Tex. Civ. Prac. & Rem. Code § 17.042.

Texas law disagrees with your position on service.  Substitute service on the Texas Secretary of State is accomplished by submitting the necessary documents to the Texas Secretary of State, which then forwards the documents to the defendant.  *Dan-Bunkering (Am.), Inc. v. Ichor Oil*, LLC, 561 F. Supp. 3d 710, 715 (N. D. Tex. Sept. 21, 2021).  Once forwarded, the Texas Secretary of State issues a *Whitney* certificate confirming that the documents were mailed.  *Id.*  Service is complete once the Secretary of State forwards process by mail to the defendant.  *Buffalo Patents, LLC v. ZTE Corp.*, No. W-21-CV-01065-ADA, 2022 U.S. Dist. LEXIS 101232, *16-17 (W.D. Tex. June 3, 2022).  Nor does Texas law require that the defendant actually receive the mailed documents, just that the Secretary of State mails the documents.  *Id.*

We filed a *Whitney* certificate with the executed summons (Dkt. 6). The *Whitney* certificate shows that the Secretary of State forwarded the summons and the compliant to Circular on June 15, 2022.  Under Rule 12, Circular has 21 days from service on the Secretary of State.  Ōura is fully prepared to engage in motions practice if Circular decides to contest service through the Secretary of State.

Ōura, however, is open to Circular signing the waiver mailed to you on May 12, 2022 to avoid motions practice on this issue and advance the litigation.  This will give Circular 90 days to respond from May 12, 2022 based on our understanding of Rule 4.  If you believe the 60 day response period

in Rule 4 applies due to the waiver being sent to you in California and not to Circular in Paris, then you can forward the waiver to your client for signature in France.  We cannot send the waiver to your client directly due to ethics rules.  If you do not think that forwarding the waiver to France for signature will trigger the 90 days provided by Rule 4, then please proceed with filing the answer within 60 days.

Ōura attempted to work with you to waive service.  You never followed up after your May 18, 2022 email.  Ōura is no longer willing to grant Circular more time beyond the 90 days from May 12, 2022. provided by an executed waiver.

Finally, please confirm that you are representing Circular for this matter.  If so, please file a notice of appearance when practicable.  If not, please refer us to the proper counsel.

Please let me know if you want to discuss by phone.

Regards,
Jay Yates

**Jay Yates** • Partner
**PATTERSON + SHERIDAN LLP**
24 Greenway Plaza, Suite 1600, Houston, TX 77046
**Main:**     713.623.4844 Ext 2163
**Direct:**   713.577.4817
**Fax:**      713.623.4846
**Email:** jyates@pattersonsheridan.com
http://www.pattersonsheridan.com

CONFIDENTIAL INFORMATION

This transmission contains information from the law firm of Patterson + Sheridan, L.L.P. which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you. Alternatively, notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

---

**From:** Jonathan Pearce <jpearce@socalip.com>
**Sent:** Tuesday, June 28, 2022 2:08 PM
**To:** Jay Yates <JYates@pattersonsheridan.com>
**Cc:** Kyrie Cameron <KCameron@pattersonsheridan.com>; Karen Mowery <kMowery@pattersonsheridan.com>; Elisha D. Manzur <elisham@socalip.com>
**Subject:** Re: Activity in Case 6:22-cv-00478-ADA Oura Health Oy v. Circular SAS Summons Returned Executed [C347.L22611]

[CAUTION] External Email. Please do not click links or open attachments unless the source is trusted or has been verified.

Jay,

Thanks.

I think we both know that the Texas Secretary of State mailing a document is not, in itself, service. The date you chose as the purported date of service, the date the Texas Secretary of state *received* your document, is even more wrong. Even stranger to wait a week to even tell me that you claim to have completed service after you filed. Bottom line, you have no proof my client ever received a copy of the complaint, merely that it was mailed.

Setting that aside, since it's already been a month since you filed, we would be happy to sign a waiver of service now as we previously discussed. Please feel free to send one over when you are ready.

Regards,

/jonathan pearce/

Jonathan Pearce
SoCal IP Law Group LLP
(805) 267-2266
www.socalip.com

---

**From:** Jay Yates <JYates@pattersonsheridan.com>
**Date:** Monday, June 27, 2022 at 9:40 AM
**To:** Jonathan Pearce <jpearce@socalip.com>
**Cc:** Kyrie Cameron <KCameron@pattersonsheridan.com>, Karen Mowery <kMowery@pattersonsheridan.com>, "Elisha D. Manzur" <elisham@socalip.com>
**Subject:** FW: Activity in Case 6:22-cv-00478-ADA Oura Health Oy v. Circular SAS Summons Returned Executed

Jonathan,  Circular SAS has been served via the Texas Secretary of State.  A courtesy copy of the filing with the Court is attached.  Regards, Jay Yates

**Jay Yates** • Partner
**PATTERSON + SHERIDAN LLP**
**24 Greenway Plaza, Suite 1600, Houston, TX 77046**
**Main:**     713.623.4844 Ext 2163
**Direct:**   713.577.4817
**Fax:**      713.623.4846
**Email:** jyates@pattersonsheridan.com
http://www.pattersonsheridan.com

CONFIDENTIAL INFORMATION
This transmission contains information from the law firm of Patterson + Sheridan, L.L.P. which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you. Alternatively, notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

---

**From:** TXW_USDC_Notice@txwd.uscourts.gov <TXW_USDC_Notice@txwd.uscourts.gov>
**Sent:** Wednesday, June 22, 2022 9:07 PM
**To:** cmecf_notices@txwd.uscourts.gov
**Subject:** Activity in Case 6:22-cv-00478-ADA Oura Health Oy v. Circular SAS Summons Returned Executed

[CAUTION] External Email. Please do not click links or open attachments unless the source is trusted or has been verified.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court [LIVE]

Western District of Texas

## Notice of Electronic Filing

The following transaction was entered by Yates, John on 6/22/2022 at 9:06 PM CDT and filed on 6/22/2022

**Case Name:**         Oura Health Oy v. Circular SAS
**Case Number:**    6:22-cv-00478-ADA
**Filer:**                    Oura Health Oy
**Document Number:** 6

**Docket Text:**
**SUMMONS Returned Executed by Oura Health Oy. Circular SAS served on 5/20/2022, answer due 6/10/2022. (Yates, John)**

**6:22-cv-00478-ADA Notice has been electronically mailed to:**

Abelino Reyna       areyna@pattersonsheridan.com, kcoleman@pattersonsheridan.com, rakins@pattersonsheridan.com

Barden Todd Patterson       tpatterson@pattersonsheridan.com, jcameron@pattersonsheridan.com, kmowery@pattersonsheridan.com

Edgar Neil Gonzalez       egonzalez@pattersonsheridan.com, edgar.n.gonzalez@icloud.com, kcoleman@pattersonsheridan.com

John Allen Yates       jyates@pattersonsheridan.com, kmowery@pattersonsheridan.com

Joshua Hain Park       jpark@pattersonsheridan.com

Kyrie Kimber Cameron       kcameron@pattersonsheridan.com, kmowery@pattersonsheridan.com

**6:22-cv-00478-ADA Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=6/22/2022] [FileNumber=26915794-0] [4667e62771032db634cffef466f676a7acc46c42ee770b3d8332619a834dda0ca1 9dfba660db96ed4389adba6cf7a2979ddf381a941ff31c1c5a8dfa3d0b6040]]