EXHIBIT 8

☰    **WIRED**    SIGN IN    SUBSCRIBE    🔍

ADRIENNE SO    GEAR    NOV 15, 2021 9:00 AM

# Review: Oura Ring Gen3

A monthly subscription fee and delayed features contribute to a disappointing launch for this health tracker.



PHOTOGRAPH: ŌURA

**Rating: 6/10** ⓘ

**WIRED**

New features, like guided videos and tracked sleep stages. Still good-looking, small, and accurate. Designating a baseline is still smart. Industry-leading period and sleep tracking.

**TIRED**

New subscription models means you pay for features you can't get yet. Warranty is shorter. Battery life is worse. Infuriatingly expensive.

I NEVER WOULD'VE guessed that the rollout of Oura's third-generation ring would go poorly. The Finnish health-tracking ring debuted in 2015 to high praise (some of which I gave). It's simple, accurate, stylish, and the near-universal choice for businesses and organizations to spot early warning signs of Covid. Everyone (well, everyone who cares about these things)



Oura Ring Gen3
RATING: 6/10

$399 AT OURA

If you buy something using links in our stories, we may

eagerly awaited the arrival of Gen3.

But early reports have been disappointing. It's not because the company has significantly changed how the ring looks or works, but because Oura has transitioned to a new subscription model. Instead of accessing all the features when you purchase the ring, you now pay $6 per month for personalized insights and guided videos. Worse yet, many of the new features you're paying for, like blood oxygen measurements, don't even show up until early 2022.

Oura hedged its bets somewhat. The first six months of the subscription are free, and if you're upgrading from a Gen2 to a Gen3, you get a free lifetime subscription (but only if you buy before November 29!). In the end, you're still paying money to upgrade, and then paying *more* money for features you can't use yet. Oh, and Oura reduced the warranty from two years to one.

A subscription model isn't crazy in and of itself—other fitness trackers like Whoop and Fitbit require subscriptions. Those wearables are significantly cheaper than the Oura, though. That said, there just isn't anything out there quite like the Oura. It has a ton of sensors that are mostly very accurate, plus it's small and very easy to wear. If you want an Oura ring, the Gen3 still works fine. But I understand why people are feeling frustrated.

## Ready to Go



PHOTOGRAPH: ŌURA

The ring looks basically the same as the Gen2. You measure your index or middle finger with Oura's sizing kit to get a ring that fits you precisely. An astonishing array of sensors fit into this little package—Gen3 now has green and red LEDs, in addition to infrared and a new temperature sensing system—to track everything from your heart rate (24 hours a day) and minute changes in your body temperature to when you fall asleep and wake up.

earn a commission. This helps support our journalism. Learn more. Please also consider subscribing to WIRED



These metrics get boiled into three separate categories—your body stress, sleep, and activity. Based on your performance in each of these categories, you get a Readiness Score every morning that assesses how able you are to tackle each day's activities. If you have a score of 85 or over, you're ready to take on any physical challenge. Under 70? You should probably back off for the day.

I've been wearing the Oura and double-checking it with a Whoop band and the <u>Apple Watch Series 7</u>. I'm a restless sleeper, and when it comes to sleep tracking, both the Whoop and the Oura are noticeably more sensitive and accurate than the Series 7, which regularly says I sleep an extra half-hour or hour. The Oura measures sleep latency in particular, or how long it takes to fall asleep each night—a useful metric that corresponds to whether I drank alcohol or worked out later in the day.

ADVERTISEMENT

The most notable feature on the Oura is how sensitive and accurate the body temperature tracking is. This is both useful and anxiety-inducing if you're living through a pandemic and terrified that any rise in temperature might be a signal that you're about to infect your still-unvaccinated young child.

But I have no doubt that it's accurate. During a menstrual cycle, your basal body temperature (or BBT) <u>rises and falls</u> in a predictable pattern. Right after your ovary releases an egg, your body temperature rises anywhere from a half-degree to a degree. Right before you get your period, it immediately drops. After about two months of establishing a baseline, Oura starts warning you when your period will begin.

You need to wear the ring for two months before period tracking can be firmly established, but without going into too much detail, I can confirm that the ring accurately tracked when my body temperature rose and dropped, exactly on schedule. This is a huge improvement on nearly every other <u>period tracking app</u>, most of which rely on self-reported data. For that reason alone, I would recommend the Oura to people who want to track their fertility.

## Delayed Features



**Oura Ring Gen3**
RATING: 6/10

$399 AT OURA

If you buy something using links in our stories, we may earn a commission. This helps support our journalism. <u>Learn more</u>. Please also consider <u>subscribing to WIRED</u>





PHOTOGRAPH: ŌURA

Here is where I get a little frustrated. As of the date of this review embargo lifting, many of the new Gen3 features just aren't available yet. That includes everything from guided meditations (nope) to workout heart rate (nope) to improved sleep staging (nope) and, most irritatingly, blood oxygen measurements, which have been a standard on many fitness trackers for years. Why wouldn't I wait for these features to arrive before running this review? The ring goes on sale November 15 and many of these features aren't landing for months. Welp.

Then there's automated activity tracking, which is a significant step in making the Oura a comprehensive fitness tracker instead of a useful supplement. I wore it with an Apple Watch and paired it with an iPhone, and had no problems with the Oura detecting my activity, even if it did have to import most of the stats from Apple Health. However, this existing Gen2 feature *still* isn't available on Android, and the same is true for Gen3 (expect it in the coming months). That's another thing to keep in mind.

It's the same size as Gen2, but with many more sensors onboard, which means—in accordance with the laws of physics—battery life is worse. Oura says the battery lasts up to a week, and with Gen2 I got around 5 days per charge. Now I get around 4 days, or even less—I recently went on a 3-day trip, and afterward I found myself charging the ring for 1.5 hours at the airport.

Should you buy it? That's hard for me to answer. Despite all of the hiccups, the praise that I gave the last generation still holds. I don't have to charge it every day like my Apple Watch. It's water-resistant up to 100 meters and I can wear it while washing dishes. Like Garmin's Body Battery, the readiness score is a useful tool for determining which workout I should do that day.

**Oura Ring Gen3**
RATING: 6/10

**$399 AT OURA**

If you buy something using links in our stories, we may earn a commission. This helps support our journalism. Learn more. Please also consider subscribing to WIRED

The Gen3 also provides useful health insights, like not working out after 7 pm because it makes it harder for me to go to sleep. I can only imagine how useful it will be when the period tracking is established. More than 20 years after I first started getting a period, it's still hard for me to figure out when it will show, which can be pretty inconvenient.

And for people who prefer this, there are no screens or vibrations. I'm wearing it in the Stealth Black version and it's probably the most comfortable wearable I've ever tested. It doesn't give my wrist a rash. You can wear it with your grandfather's watch and it won't look out of place.

If you want an Oura ring (and you know who you are), getting one of these isn't a bad buy at all. But I also understand if you're upset. Manufacturers, hear my plea: Please launch your products with all its features on day one. It makes my job, and yours, so much easier.

---

**$399 AT OURA**

---



**Adrienne So** is a senior associate reviews editor for WIRED, where she reviews consumer technology. She graduated from the University of Virginia with bachelor's degrees in English and Spanish, and she previously worked as a freelance writer for Cool Hunting, Paste, Slate, and other publications. She lives in Portland, Oregon.

SENIOR ASSOCIATE REVIEWS EDITOR  🐦

---

**COMMENTS**

**Join the conversation**   REGISTER   SIGN IN

Welcome to our community. We invite you to join our discussion. Our community guidelines are simple: be respectful and constructive, keep on topic, support your fellow commenters, and report bad behavior.

If you're new to our comments section, your first comment will be held for moderation.

And if you're interested in accessing all WIRED has to offer, subscribe now.

---

🚩   Comments are closed on this story.

---

**All Comments**

Newest ⌄

**joanpmelendez**   9 months ago
Oura staff! Get your customer service department in alignment with the product capabilities. There will be another developer that will have customer service and we will all leave you!

Here is my most recent email. "multiple attempts to contact support have gone UNANSWERED! what is the deal??? Please have a supervisor contact me immediately. Previous unanswered requests 892241, 914644, 867993. 11/14/2021 confirmation of ring size with order processed on 10/31/2021.

I keep getting the order screen and have checked multiple times for the status of my ring. Very disappointed in the lack of customer service."

Respect    Reply    Share                                                        Report

**Thor**  9 months ago

I concur with CChapman. Oura ring 3 shipping is horrible. I order mine more than a month ago and it has not yet been shipped (just empty promises from support that it'll be shipped 2-3 weeksz0. I emailed to cancel the order and they say they can't since my order is already at the carrier and ready to be shipped (but they cannot provide a tracking# for it...) I DO Not recommend you order the ring 3 until Oura gets their act together!

Respect    Reply    Share                                                        Report

**CChapman**  10 months ago

I had an Oura 2 and it worked flawlessly. Got the Oura 3 and it has not worked since day 1. Have done everything the mostly absent tech support suggested and nothing has worked. Decided to return it and when I put the information into the web based RMA process it rejects my information - despite it being accurate and as reflected on the order ticket. Have requested an RMA with FedEx mailing label be sent but so far nothing. This ring is an utter failure and is probably whey the CEO resigned recently.

Respect    Reply    Share                                                        Report

**googull**  10 months ago

I really appreciated the stark honesty in this review and many of the reader Comments. I respect the psychological resistance to yet another "subscription". Contrary to a few posted Comments, subscriptions are not necessary to success. There are many ways to financially bundle hardware, software, and services - subscriptions are merely one method. They are generally used to offer "enhanced" analysis leaving all core utility included in the hardware purchase. When subscriptions are instead required to operate the supplied hardware features then such hardware is generally discounted. My issue with Oura is they have decided to gouge on all fronts. The Oura v3 carries a high purchase price, half the warranty, and a subscription to use the hardware you purchased- not to mention a promise for future delivery on the full set of features - all the while your device and battery are aging! And from the Comments posted here the Oura clearly has a limited life. Imagine Apple selling $1K phones then wanting $5/month to use wifi 6 or get access to the 5G radio, etc. Oura needs to rethink their offering to attract my business. e.g. a very aggressive purchase ($50) with a moderate subscription covering all utility and warranty (similar to cable box "rentals") perhaps with a limit on the number of times I could return the ring every year or two for a no cost replacement. My point being that subscriptions make sense when they are balanced into the total cost of ownership and the v3 offering pushes that cost into the "outrageous" category for me.

Respect 1    Reply    Share                                                        Report

**Dougal**  10 months ago

Ok The folks at Oura got it together ... just needed a push.

Respect    Reply    Share                                                        Report

**rag410**  10 months ago

So inedibly disappointed. I had a Gen2 that worked great. Received my Gen3 and it is defective - will not charge. And the customer support is abhorrent! Being a Gen2 customer I would think we would have priority. I received a message to be patient and would hear back in 5-7 business days. I can say based upon their lack of response I will no longer be evangelizing the product and sending in back.

Ouraring - Get you act together!

Respect 1    Reply    Share                                                        Report

**Dougal**  10 months ago

My oura lasted a few months and progressed to not getting any "signal" for HR during sleep, not being able to complete sync regularly (cloud failures) and now no sleep data at all. Service rejects ownership of the failures. Any

suggestion that my health suddenly caused these issues is beyond unrealistic. Next time I want to waste $300 USD I'll buy another oura ring.

I think it is a method to push migration to the v3 ring (ain't gunna happen)

Great idea, bad support, bad reliability.

disappointed!

Respect    Reply    Share                                                Report

---

**deggs**  10 months ago

I've loved my Oura. I've had it for almost a year now and the readiness and sleep information has been invaluable. My biggest problem has been the lifespan of the ring. In less than a year I have already had two die on me. So the warranty being cut to one year is actually the most concerning thing to me. If the ring were only $99 it wouldn't be a problem, but if I'm going to have to pay $299 to replace my ring that doesn't work anymore every year and a half or so I won't be happy...

Respect    Reply    Share                                                Report

---

**KennyJr**  10 months ago

$399 for gold .. 299 for silver and black.

Respect    Reply    Share                                                Report

---

**KennyJr**  10 months ago

Since I entered my 80s, my sleep has been coming in bits and pieces, made up of a series of naps if you will. Still, my health target is 6 to 8 hours of sleep per day. The ONLY way I've found to track true 24 hour sleep accumulation is by using the Oura Ring. With it, at any point in time I can look at my naps data and my amount of accumulated sleep for the day. When there's not enough accumulated I take another nap or maybe another or another yet. When I nap I have no way of telling how long it took to get to sleep, or even to wake up for that matter - but my Oura ring knows. To me, the ring is a godsend.

I got a little upset when I heard that there would be a monthly subscription fee for Ring 3, but mellowed once I learned that I'd be grandfathered in to the old system (no monthly fee) and would get a $50 discount for the ring to boot. Got an email this morning saying that my Ring 3 is being shipped this week. That's a good thing. My Ring 2 battery isn't lasting as long as it used to, and I do look forward to all the new features. I don't begrudge the delay in those features - that's just the nature of these times of coronavirus that we've all been living in.

Respect    Reply    Share                                                Report

---

**bloodnok**  10 months ago

i've the gen2 ring. it's a decent sleep tracker. since it can't track my heart rate during the day and is a lump of a ring, i only wear it at night. their new gen3 features are not compelling at all. i'll keep the current ring until its battery fails. then i'll look for another solution for sleep tracking.

one annoyance of the oura app is that they display your lowest heart rate rather than average as their primary data point. you have to scroll down into the readiness or sleep pages to find the average. but that's actually the more useful information.

Respect    Reply    Share                                                Report

---

**yosoy786**  10 months ago

Dear Friends, im vy sad with the lack of. attention and honor of this people of oura .. They took my money ( buy. the most expensive) ... I send the receive of money and I never receive any answer any ring , any confirmation...
may be the product is good, the marketing is good, the have embassators, but is a shame the human Services and response ,... I hope that the famous embassators dint be damage in his imagen ...
take care, don't be a victm of this people ....

Respect    Reply    Share                                                Report

**mannenmytenlegenden** 10 months ago

In case anyone want 50 $/€ off and 6 month free membership they gave me a discount to share with friends since I have the gen 2 ring.

https://ouraring.com/taf/eef662f010

Respect    Reply    Share                                    Report

**Makemineamac** 10 months ago

I too have a Gen 2 and ordered the 3 as well.

I know so many are upset about the conversion to a subscription model but there really is no other way for any of these companies to keep evolving and improving both their cloud capabilities and features for the ring without recurring revenue. If they didn't convert, once they burned through all of their investor money we could end up with paperweights. The sub model should ensure they are here for a long time.

It makes a lot of sense to me. But I totally get it if someone thinks it's not worth it. If that's you there are other alternatives.

Respect    Reply    Share                                    Report

**wighta157** 10 months ago

Yes, the Stealth finish Gen3 ring is $399 which you reviewed here, but the silver , and the black finish are both $299. Oura announced the upgrade offer on Oct 27th. with a cut off of Nov. 15th which they have just extended to Nov. 29th. I am upgrading my Gen2 ring, and I am getting the Lifetime free Oura Membership. FitBit's Charge 5 tracker was also launched with delayed features some of which will similarly not be available until 2022. There is no lifetime free Fitbit Premium with the Charge 5 tracker. Cutting the warranty from 2 to 1 year likely reflects that the rings are not quite as durable as Oura had originally expected. Oura's business model strikes me as as being much better than FitBit's as the signal strength of pulse etc is 100 stronger in a finger than on the wrist, and everyone sleeps but only about 1 in 10 people exercise.

Respect    Reply    Share                                    Report

**sleepyboi** 10 months ago

The ring starts at $299, not $399, right?

Respect    Reply    Share                                    Report

🗨 Top of comments          📄 Top of article

TOPICS     SHOPPING     REVIEW     FITNESS TRACKERS     WEARABLES

HEALTH     FITNESS

One Year for ~~$29.99~~ $10

Get WIRED

SUBSCRIBE

**WIRED**

WIRED is where tomorrow is realized. It is the essential source of information and

MORE FROM WIRED

Subscribe

Newsletters

FAQ

Wired Staff

CONTACT

Advertise

Contact Us

Customer Care

Jobs

ideas that make sense of a
world in constant
transformation. The WIRED
conversation illuminates
how technology is changing

**WIRED**

WIRED is where tomorrow
is realized. It is the essential
source of information and
ideas that make sense of a
world in constant
transformation. The WIRED
conversation illuminates
how technology is changing
every aspect of our lives—
from culture to business,
science to design. The
breakthroughs and
innovations that we uncover
lead to new ways of

Press Center
Coupons
Editorial Standards

**MORE FROM WIRED**

Subscribe
Newsletters
FAQ
Wired Staff
Press Center
Coupons
Editorial Standards

**CONTACT**

Advertise
Contact Us
Customer Care
Jobs