# EXHIBIT 9



https://www.reddit.com/r/ouraring/comments/wks8hz/oura_ring_app_without_subscription_is/

Accessed: 9/15/2022