UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| OURA HEALTH OY,<br><br>    Plaintiff,<br>v.<br><br>THE CIRCULAR SAS,<br><br>    Defendant. | No. 6:22-cv-00478-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER DENYING PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

On this day the Court considered Plaintiff Oura Health Oy's Motion for Default Judgment and Permanent Injunction, and Defendant The Circular SAS's Opposition to the Motion and Permanent Injunction. The Court having considered the pleadings on file, evidence presented by the parties and arguments by counsel, hereby finds that Plaintiff's Motion lacks merit.

IT IS THEREFORE ORDERED the Plaintiff Oura Health Oy's Motion for Default Judgment is hereby DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Permanent Injunction is hereby DENIED.

SO ORDERED.

Date: _____          _____