UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Oura Health Oy,
    Plaintiff

v

Circular SAS,

    Defendant,

\*
\*
\*
\*
\*   Civil No. 6:22-cv-478-ADA
\*
\*

## CLERK'S ENTRY OF DEFAULT

It appearing from the records in the above-entitled action that summons, issued on the Plaintiff's Complaint, was served upon the Defendant named below on May 20, 2022, and it further appearing from the affidavit of the Plaintiff that the Defendants have failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of the Plaintiff, the default of the following named Defendants is hereby entered:

**Circular SAS**

PHILIP J. DEVLIN, CLERK UNITED STATES DISTRICT COURT

By: _Suzanne Miles_

Suzanne Miles
Deputy Clerk
DATE: March 7, 2023