| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| JOHN A. YATES | SBN: 24056569<br>PATTERSON + SHERIDAN LLP<br>24 GREENWAY PLAZA, SUITE 1600   HOUSTON, TX 77046<br>TELEPHONE NO.: (713) 623-4844 | FAX NO. (713) 623-4846 | E-MAIL ADDRESS *(Optional):* jyates@pattersonsheridan.com<br>ATTORNEY FOR *(Name):* Plaintiff: OURA HEALTH OY | |

| UNITED STATES DISTRICT COURT WESTERN DITRICT OF TEXAS WACO | |
|---|---|
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: , TX | Hearing Date:   Room:<br>Hearing Time:   Dept: |
| BRANCH NAME: WACO | |
| PLAINTIFF: OURA HEALTH OY | CASE NUMBER:<br>**6:22-CV-00478-ADA** |
| DEFENDANT: CIRCULAR SAS | |

## PROOF OF SERVICE

Ref. No. or File No.:

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS; COMPLAINT; ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

PARTY SERVED: **CIRCULAR SAS**
PERSON SERVED: **SANDY LIPKIN - DOMESTIC COUNSEL ON BEHALF OF**
DATE & TIME OF DELIVERY: **6/11/2023  2:20 PM**
ADDRESS, CITY, AND STATE: **202 Teloma Dr  Ventura, CA 93003**

PHYSICAL DESCRIPTION:
- Age: 50+    Weight: 170    Hair: BROWN
- Sex: Female    Height: 5'10    Race: CAUCASIAN

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service:
  County: Ventura
  Registration No.: 683
  County: Ventura
  GLUCROFT INVESTIGATIONS
  21021 VENTURA BLVD
  WOODLAND HILLS, CA 91364
  (866) 411-8646

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on June 12, 2023.



Signature: _____
CHERYL STINSON

## PROOF OF SERVICE

Order#: 204175B/General