| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> JOHN A. YATES | SBN: 24056569 <br> PATTERSON + SHERIDAN LLP <br> 24 GREENWAY PLAZA, SUITE 1600   HOUSTON, TX 77046 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (713) 623-4844 | FAX NO. (713) 623-4846 | E-MAIL ADDRESS *(Optional)*: jyates@pattersonsheridan.com <br> ATTORNEY FOR *(Name)*: Plaintiff: OURA HEALTH OY | |

| **UNITED STATES DISTRICT COURT WESTERN DITRICT OF TEXAS WACO** | |
|---|---|
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: , TX | Hearing Date:     Room: |
| BRANCH NAME: WACO | Hearing Time:    Dept: |
| PLAINTIFF: OURA HEALTH OY | CASE NUMBER: |
| DEFENDANT: CIRCULAR SAS | 6:22-CV-00478-ADA |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS; COMPLAINT; ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

| PARTY SERVED: | **CIRCULAR SAS** |
|---|---|
| PERSON SERVED: | **JONATHAN PEARCE - DOMESTIC COUNSEL ON BEHALF OF** |
| DATE & TIME OF DELIVERY: | **6/12/2023** <br> **3:22 PM** |
| ADDRESS, CITY, AND STATE: | **310 N Westlake Blvd Ste 120** <br> **Westlake Village, CA 91362** |
| PHYSICAL DESCRIPTION: | **Age: 50    Weight: 220    Hair: RED** <br> **Sex: Male   Height: 6'1   Race: CAUCASIAN** |

MANNER OF SERVICE:
**Personal Service - By personally delivering copies.**

Fee for Service:
  County: LOS ANGELES
  Registration No.: 2012208220
  County: LOS ANGELES
    GLUCROFT INVESTIGATIONS
    21021 VENTURA BLVD
    WOODLAND HILLS, CA 91364
    (866) 411-8646

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on June 13, 2023.



Signature: _E. Wilkins_
ERIC WILKINS

**PROOF OF SERVICE**

Order#: 204175A/General