**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| ŌURA HEALTH OY, | ) |
| | ) |
| *Plaintiff/Counter-Defendant*, | ) |
| | ) |
| v. | ) Case No. 6:22-cv-478 |
| | ) |
| CIRCULAR SAS, | ) **JURY TRIAL DEMANDED** |
| | ) |
| *Defendant/Counter-Plaintiff.* | ) |
| | ) |

**DEFENDANT CIRCULAR SAS'S**
**FRCP 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Circular SAS ("Circular") hereby submits its Corporate Disclosure Statement pursuant to FED. R. CIV. P. 7.1.

- Circular has no parent corporation.

- No publicly-traded corporation owns 10% or more of Circular.

Dated: July 3, 2023                Respectfully submitted,

                                **DAVIS & SANTOS, PLLC**

                        By: */s/ Caroline Newman Small*
                            Caroline Newman Small
                            Texas State Bar No. 24056037
                            E-mail: csmall@dslawpc.com
                            T: (210) 853-5882
                            F: (210) 200-8395
                            719 S. Flores Street
                            San Antonio, Texas 78204

1

**ICE MILLER LLP**

Thomas A. Rammer, (*pro hac vice forthcoming*)
200 W. Madison Street, Suite 3500
Chicago, IL 60606
Phone: 312-705-6016
Facsimile: 312-726-7102
Tom.Rammer@icemiller.com

T. Earl LeVere, (*pro hac vice forthcoming*)
250 West Street, Suite 700
Columbus, OH 43215
Phone: 614-462-1095
Facsimile: 614-462-5135
Earl.LeVere@icemiller.com

***Attorneys for Defendant/Counter-Plaintiff***
***Circular SAS***

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 3rd day of July, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ Caroline Newman Small*
Caroline Newman Small