UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

ŌURA HEALTH OY

vs.                                                Case No.: 6:22-cv-478

CIRCULAR SAS,

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now T. Earl LeVere, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Circular, SAS in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Ice Miller, LLP with offices at:

   Mailing address: 250 West Street
   City, State, Zip Code: Columbus, OH 43215
   Telephone: 614-462-1095    Facsimile: 614-462-5135

2. Since November 14, 1994, Applicant has been and presently is a member of and in good standing with the Bar of the State of Ohio. Applicant's bar license number is 0063515.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | State of Ohio | November 14, 1994 |
   | State of North Carolina | May 22, 2009 |
   | *See attached sheet | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:  *See Additional Sheet

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   Applicant was named in two grievances filed with the Ohio Supreme Court:
   Case No. A6-0875        Grievant Robert Simmons
   Case No. B7-0765        Grievant chose to remain anonymous
   Both grievances were dismissed with no finding of any misconduct by the Applicant or any disciplinary action.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Caroline Newman Small

Mailing address: Davis & Santos, PLLC, 719 S. Flores Street

City, State, Zip Code: San Antonio, Texas 78204

Telephone: (210) 853-5882

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of T. Earl LeVere to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

T. Earl LeVere
[printed name of Applicant]

*/s/ T. Earl LeVere*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 5th day of July, 2023.

T. Earl LeVere
[printed name of Applicant]

*/s/ T. Earl LeVere*
[signature of Applicant]

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| United States Supreme Court | 12/06/2004 | Yes |
| 6th Circuit Court of Appeals | 10/13/1998 | Yes |
| 8th Circuit Court of Appeals | 08/18/2009 | Yes |
| 9th Circuit Court of Appeals | 12/06/2007 | Yes |
| Federal Circuit Court of Appeals | 06/10/2002 | Yes |
| U.S. Dist. Ct., Southern District of Ohio | 07/07/1995 | Yes |
| U.S. Dist. Ct., Northern District of Ohio | 02/22/2005 | Yes |
| U.S. Dist. Ct., Eastern District of North Carolina | 05/26/2009 | Yes |
| U.S. Dist. Ct., Middle District of North Carolina | 01/06/2016 | Yes |
| U.S. Dist. Ct., Western District of North Carolina | 05/05/2020 | Yes |
| U.S. Dist. Ct., Central District of Illinois | 05/31/2013 | Yes |

**Section 5**

Applicant participated on an ancillary basis in <u>Morgan-Rinehart v. A Better Way of Life et al.</u>, W.D. Tex. Case No. 1:16CV01327, and <u>Surface Joint Ventures, L.P. v. E.I. Dupont De Nemours and Company, Inc., et al</u>., W.D. Tex. Case No. 1:02CV00043. Both of those cases resolved, however, prior to Applicant having to move for admission *pro hac vice*.