UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

ŌURA HEALTH OY

vs.                                     Case No.: 6:22-cv-478

CIRCULAR SAS,

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by T. Earl LeVere, counsel for Circular, SAS, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and T. Earl LeVere may appear on behalf of Circular, SAS in the above case.

IT IS FURTHER ORDERED that T. Earl LeVere, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of July _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE