IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ŌURA HEALTH OY | § |
| | §    CASE NO. 6:22-CV-478[ADA] |
| | § |
| CIRCULAR SAS | § |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff Ōura Health Oy files this Notice of Appearance of Counsel and hereby notifies the Court that Michael E. Jones of the law firm Potter Minton, PC, 102 North College, Suite 900, Tyler, Texas 75702 is appearing as counsel for Plaintiff Ōura Health Oy. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: July 7, 2023

Respectfully submitted,

By: */s/ Michael E. Jones*
    Michael E. Jones
    SBN: 10929400
    POTTER MINTON, PC
    102 North College, Suite 900
    Tyler, Texas 75702
    Tel: 903-597-8311
    Fax: 903-531-3172
    mikejones@potterminton.com

**ATTORNEY FOR PLAINTIFF**