UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **OURA HEALTH OY,** <br><br> Plaintiff, <br><br> v. <br><br> **CIRCULAR SAS,** <br><br> Defendant. | Case No. 6:22-cv-00478 <br><br> JURY TRIAL DEMANDED |

### JOINT MOTION TO WITHDRAW AS COUNSEL OF RECORD

In accordance with Local Rule AT-3, the undersigned lawyers at the law firms of Cadwell Clonts Reeder & Thomas LLP ("Cadwell Clonts") and SoCal IP Law Group LLP ("SoCal") respectfully move the Court for an order permitting them to withdraw from their representation of Defendant, Circular SAS ("Circular"), and to be removed from the electronic service list in this case, because the limited purpose for which they were serving as counsel has concluded and for no other reason.

The undersigned specially appeared on behalf of Defendant Circular for the sole purpose of contesting Oura's Motion for Default Judgment and Permanent Injunction (Dkt. #9) for lack of proper service and personal jurisdiction under FED. R. CIV. P. 12(B)5) & 12(b)(2). On June 1, 2023, the Court denied Oura's Motion for Default Judgment and Permanent Injunction (Dkt. #17). The limited purpose for Cadwell Clonts and SoCal's involvement in this case has been fulfilled.

Circular presently is represented by two other law firms: Davis & Santos, PLLC ("Davis & Santos") and Ice Miller LLP ("Ice Miller"). Following the proposed withdrawal, Circular

would continue to be represented by lawyers at both Davis & Santos and Ice Miller. More specifically, those lawyers include at least the following:

Caroline Newman Small
**DAVIS & SANTOS, PLLC**
719 S. Flores Street
San Antonio, Texas 78204
Telephone: (210) 853-5882
Facsimile:  (210) 200-8395

Thomas A. Rammer
**ICE MILLER LLP**
200 W. Madison Street, Suite 3500
Chicago, IL 60606
Telephone: (312) 705-6016
Facsimile:  (312) 726-7102

T. Earl LeVere
**ICE MILLER LLP**
250 West Street, Suite 700
Columbus, OH 43215
Telephone: (614) 462-1095
Facsimile:  (614) 462-5135

Thus, Circular will continue to be well represented following the proposed withdrawal of the undersigned lawyers at Cadwell Clonts and SoCal. Accordingly, the undersigned move the Court to enter an order permitting their withdrawal from this case. This motion is being filed with Circular's consent and is unopposed by counsel for Oura Heath Oy.

July 10, 2023                                              Respectfully submitted,

*/s/ Kevin E. Cadwell*
Kevin E. Cadwell
Texas Bar No. 24036304
kcadwell@ccrtlaw.com
**Cadwell Clonts Reeder & Thomas LLP**
5373 W. Alabama St., Suite 457
Houston, TX 77056
Tele: (713) 360-1560
Fax: (940) 233-8587

*/s/ Jonathan Pearce*
Pearce (*pro hac vice*)
Cal Bar. No. 245,776
jpearce@socalip.com
**SoCal IP Law Group LLP**
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Tele: (805) 230-1350
Fax: (805) 230-1355

**WITHDRAWING COUNSEL FOR DEFENDANT CIRCULAR SAS**

**CERTIFICATE OF CONFERENCE**

Pursuant to L.R. CV-7(G), I hereby certify that on July 7, 2023, I conferred with John A. Yates, counsel for Oura, who consulted with Mike Jones and Shaun Hassett, also counsel for Oura, about the present motion and relief sought herein, and Mr. Hassett stated that Oura did not oppose the present motion or relief sought herein.

.

**CERTIFICATE OF SERVICE**

On this 10th day of July 2023, the undersigned hereby certifies that a true and correct copy of the foregoing has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per local Rule CV-5(B)(1).

<i>/s/ Kevin E. Cadwell</i><br>
Kevin E. Cadwell