# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **OURA HEALTH OY,**<br><br>Plaintiff,<br><br>v.<br><br>**CIRCULAR SAS,**<br><br>Defendant. | Case No. 6:22-cv-00478<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO WITHDRAW AS COUNSEL OF RECORD

CAME ON FOR CONSIDERATION, Defendant's Joint Motion to Withdraw as Counsel of Record. Having considered the motion, it is hereby GRANTED.

**IT IS THEREFORE ORDERED** that **Kevin E. Cadwell** and **Jonathan Pearce** are hereby WITHDRAWN as counsel of record for Defendant in this matter. The Court directs the Clerk to remove **Kevin E. Cadwell** and **Jonathan Pearce** from the Court's CM/ECF service list as counsel of record for Defendant.

**SIGNED** THIS _____ day of _____, 2023.

_____
HON. ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE