UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

ŌURA HEALTH OY

vs.                                                            Case No.: 6:22-cv-478[ADA]

CIRCULAR SAS

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now JASJIT VIDWAN, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent ŌURA HEALTH OY in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Arent Fox Schiff LLP with offices at:

   Mailing address: 1717 K Street, NW

   City, State, Zip Code: Washington, D.C. 20006

   Telephone: 202-350-3752        Facsimile:

2. Since 11/03/2014, Applicant has been and presently is a member of and in good standing with the Bar of the State of Colorado. Applicant's bar license number is 47722.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| District of Colorado | 08/01/2017 |
| Northern District of Ohio | 02/26/2019 |
| US Court of Appeals for Federal Cir. | 08/08/2017 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the \_\_\_\_\_ day of _____, _____.
   Number: _____ on the \_\_\_\_\_ day of _____, _____.
   Number: _____ on the \_\_\_\_\_ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Shaun W. Hassett

Mailing address: 102 North College, Suite 900

City, State, Zip Code: Tyler, Texas 75702

Telephone: 903-525-2272

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of JASJIT VIDWAN to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

JASJIT VIDWAN
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 07 day of July, 2023.

JASJIT VIDWAN
[printed name of Applicant]

*[signature]*
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

ŌURA HEALTH OY

vs.  Case No.: 6:22-cv-478[ADA]

CIRCULAR SAS

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by JASJIT VIDWAN, counsel for ŌURA HEALTH OY, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and JASJIT VIDWAN may appear on behalf of ŌURA HEALTH OY in the above case.

IT IS FURTHER ORDERED that JASJIT VIDWAN, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of July _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE