IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ŌURA HEALTH OY,<br><br>      Plaintiff,<br><br>v.<br><br>CIRCULAR SAS.,<br><br>      Defendant.<br><br>CIRCULAR SAS,<br><br>      Counterclaim-Plaintiff,<br><br>v.<br><br>ŌURA HEALTH OY,<br><br>      Counterclaim-Defendant. | Case No. 6:22-cv-00478-ADA<br><br>**JURY TRIAL DEMANDED** |

**CASE READINESS STATUS REPORT**

Plaintiff Ōura Health Oy and Defendant and Circular SAS, hereby provide the following status report.

**SCHEDULE**

A scheduling order has not yet been filed.

**FILING AND EXTENSIONS**

Plaintiff's Complaint was filed on May 11, 2022. There have been no extensions.

**RESPONSE TO THE COMPLAINT**

Defendant timely responded to the Complaint by filing its Answer, Affirmative Defenses, and Counterclaims on July 3, 2023. Defendant's counterclaims were limited to declaratory judgment of non-infringement and invalidity.

## PENDING MOTIONS

There are currently no pending motions before the Court.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are no related cases in this Judicial District involving the same parties or common patent(s).

## IPR, CBM, AND OTHER PGR FILINGS

There are currently no known IPRs, CBM, or other PGR filings on the asserted patents.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted two patents and at least one claim per patent. The asserted patents are U.S. Patent Nos. 10,842,429 and 10,893,833.

## APPOINTMENT OF TECHNICAL ADVISOR

The parties defer to the Court regarding appointment of a technical advisor.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred on July 10, 2023. The parties identified no pre-*Markman* disputes that the parties intend to raise at the CMC.

## PROTECTIVE ORDER

The parties anticipate submitting a proposed protective order, or their limited disputes regarding such an order, in the coming weeks.

Dated: July 10, 2023                                    Respectfully submitted,

/s/ *Shaun W. Hassett*                                   /s/ *Caroline Newman Small, with permission*
    Michael E. Jones                              *by Shaun W. Hassett*
    State Bar No. 10929400                    **DAVIS & SANTOS, PLLC**
    Shaun W. Hassett
    State Bar No. 24074372                    Caroline Newman Small
**POTTER MINTON**                              State Bar No. 24056037
A Professional Corporation                       E-mail: csmall@dslawpc.com
102 N. College, Suite 900                        T: (210) 853-5882
Tyler, Texas 75702                               F: (210) 200-8395
Tel: (903) 597-8311                              719 S. Flores Street
Fax: (903) 593-0846                              San Antonio, Texas 78204
mikejones@potterminton.com
shaunhassett@potterminton.com          **ICE MILLER LLP**

**ARENTFOX SCHIFF LLP**                    Thomas A. Rammer, (*pro hac vice* to be filed)
Janine A. Carlan                                 200 W. Madison Street, Suite 3500
Jasjit S. Vidwan                                 Chicago, IL 60606
1717 K Street, NW                                Phone: 312-705-6016
Washington, DC 20006-5344                        Facsimile: 312-726-7102
Tel: (202) 857-6000                              Tom.Rammer@icemiller.com
janine.carlan@afslaw.com
jasjit.vidwan@afslaw.com                   T. Earl LeVere, (*pro hac vice* to be filed)
                                                 250 West Street, Suite 700
*Attorneys for Plaintiff Ōura*                   Columbus, OH 43215
                                                 Phone: 614-462-1095
                                                 Facsimile: 614-462-5135
                                                 Earl.LeVere@icemiller.com

                                                 *Attorneys for Defendant and*
                                                 *Counterclaim Plaintiff Circular*