# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Ōura Health Oy,<br><br>    Plaintiff,<br><br>        v.<br><br>Circular SAS,<br><br>    Defendant. | Case No. 6:22-cv-00478-ADA<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO WITHDRAW COUNSEL

Plaintiff Ōura Health Oy ("Ōura") requests that the Court withdraw Patterson + Sheridan LLP as counsel of record for Ōura, including John A. Yates, B. Todd Patterson, Kyrie K. Cameron, Edgar N. Gonzalez, Joshua H. Park, and Abelino Reyna. Ōura is capably represented by Potter Minton, PC, including Shaun W. Hassett and Michael E. Jones.

This Motion is filed with the agreement of counsel and Ōura, as set forth in the proposed orders attached hereto. Defendant Circular SAS does not oppose the motion.

Dated: July 10, 2023

Respectfully submitted,

By: */s/ Shaun W. Hassett*

Michael E. Jones
SBN: 10929400
Shaun W. Hassett
SBN: 24074372
POTTER MINTON, PC
102 North College, Suite 900
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-531-3172
mikejones@potterminton.com
shaunhassett@potterminton.com

*Attorneys for Plaintiff,*
*Ōura Health Oy*

1