UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Ōura Health Oy, | |
| Plaintiff, | Case No. 6:22-cv-00478-ADA |
| v. | |
| Circular SAS, | **JURY TRIAL DEMANDED** |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Upon consideration of Plaintiff Ōura Health Oy's Unopposed Motion to Withdraw Counsel, the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that John A. Yates, B. Todd Patterson, Kyrie K. Cameron, Edgar N. Gonzalez, Joshua H. Park, and Abelino Reyna of Patterson + Sheridan LLP are withdrawn as counsel of record.

IT IS SO ORDERED.

Signed this day ____ of _____, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE