IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ŌURA HEALTH OY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CIRCULAR SAS.,<br><br>　　　　Defendant.<br><br>CIRCULAR SAS,<br><br>　　　　Counterclaim-Plaintiff,<br><br>v.<br><br>ŌURA HEALTH OY,<br><br>　　　　Counterclaim-Defendant. | Case No. 6:22-cv-00478-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO ENTER AGREED SCHEDULING ORDER**

　　Plaintiff Ōura Health Oy and Defendant Circular SAS hereby jointly file this motion to enter the attached Agreed Scheduling Order.

Dated: July 31, 2023

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/ Shaun W. Hassett*
　　　　　　　　　　　　　　　　　　Michael E. Jones, State Bar No. 10929400
　　　　　　　　　　　　　　　　　　Shaun W. Hassett, State Bar No. 24074372
　　　　　　　　　　　　　　　　　　**POTTER MINTON**
　　　　　　　　　　　　　　　　　　102 North College, Suite 900
　　　　　　　　　　　　　　　　　　Tyler, TX 75702
　　　　　　　　　　　　　　　　　　Tel: 903.597.8311
　　　　　　　　　　　　　　　　　　mikejones@potterminton.com
　　　　　　　　　　　　　　　　　　shaunhassett@potterminton.com

　　　　　　　　　　　　　　　　　　**ARENTFOX SCHIFF LLP**
　　　　　　　　　　　　　　　　　　Janine A. Carlan, (*pro hac vice*)
　　　　　　　　　　　　　　　　　　Jasjit S. Vidwan, (*pro hac vice*)
　　　　　　　　　　　　　　　　　　1717 K Street, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20006-5344

Tel: 202.857.6000
janine.carlan@afslaw.com
jasjit.vidwan@afslaw.com

*ATTORNEYS FOR ŌURA HEALTH OY*

<u>*/s/ Caroline Newman Small, with permission by Shaun W. Hassett*</u>
**DAVIS & SANTOS, PLLC**

Caroline Newman Small
State Bar No. 24056037
E-mail: csmall@dslawpc.com
T: (210) 853-5882
F: (210) 200-8395
719 S. Flores Street
San Antonio, Texas 78204

**ICE MILLER LLP**

Thomas A. Rammer, (*pro hac vice*)
200 W. Madison Street, Suite 3500
Chicago, IL 60606
Phone: 312-705-6016
Facsimile: 312-726-7102
Tom.Rammer@icemiller.com

T. Earl LeVere
250 West Street, Suite 700
Columbus, OH 43215
Phone: 614-462-1095
Facsimile: 614-462-5135
Earl.LeVere@icemiller.com

*ATTORNEYS FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF CIRCULAR SAS*