# **EXHIBIT A**

| | |
|---|---|
| **From:** | Vidwan, Jasjit |
| **To:** | Rammer, Tom; LeVere, T. Earl; Angeloni, Jayme; Caroline Small |
| **Cc:** | Carlan, Janine; Mike Jones; Shaun Hassett |
| **Subject:** | RE: Oura v. Circular - Claim construction meet and confer |
| **Date:** | Monday, October 23, 2023 5:53:50 PM |
| **Attachments:** | image001.png |

Tom,

Thanks for taking the time to meet and confer today to narrow the disputes for claim construction. This email memorializes the discussions.

The parties agreed on the construction of term nos. 1, 7, and 10 (as numbered by Defendant in its Oct. 10, 2023 exchange). Specifically, the parties agreed that:

    (1) the preamble of claim 1 of the '833 patent is limiting,
    (2) the proposed construction of "obtaining the user's movement" (claim 1 of '429 patent) is "collecting data regarding the user's movements," and
    (3) "instructions related to physical activity and mental activity for improving the readiness score" (claim 1 and 8 for '429 patent) means "instructions related to at least one physical activity and at least one mental activity for improving the readiness score."

On term 14, we understand Circular is amenable to narrowing the term that requires construction to only "activity determination device" (as opposed to entire phrase) as "a device other than the ring or the mobile device that measures activity and can communicate with the mobile communication device." We will revert back to you on this as soon as possible.

In the meantime, Circular will consider the proposal of term no. 8 to be "based on the collected data regarding the user's movements, identifying a period of time when the user is at rest ***or*** a period of time when the user is active." Circular will also check on alternative construction of term no. 11 ("a sleep factor").

The parties were unable to reach an agreement on any of the remaining disputed terms.

Best,

Jas



**Jasjit Vidwan**
ASSOCIATE | ARENTFOX SCHIFF LLP

jasjit.vidwan@afslaw.com | 202.350.3752 ᴅɪʀᴇᴄᴛ
Bio | My LinkedIn | Subscribe
1717 K Street, NW, Washington, DC 20006

**From:** Tom.Rammer@icemiller.com <Tom.Rammer@icemiller.com>
**Sent:** Thursday, October 19, 2023 3:14 PM
**To:** Vidwan, Jasjit <jasjit.vidwan@afslaw.com>; Earl.LeVere@icemiller.com; Jayme.Angeloni@icemiller.com; Caroline Small <csmall@dslawpc.com>
**Cc:** Carlan, Janine <janine.carlan@afslaw.com>; Mike Jones <mikejones@potterminton.com>; Shaun

Hassett <shaunhassett@potterminton.com>
**Subject:** RE: Oura v. Circular - Claim construction meet and confer

2:00 CT Monday will work for us.

---

**From:** Vidwan, Jasjit <jasjit.vidwan@afslaw.com>
**Sent:** Thursday, October 19, 2023 1:02 PM
**To:** Rammer, Tom <Tom.Rammer@icemiller.com>; LeVere, T. Earl <Earl.LeVere@icemiller.com>; Angeloni, Jayme <Jayme.Angeloni@icemiller.com>; Caroline Small <csmall@dslawpc.com>
**Cc:** Carlan, Janine <janine.carlan@afslaw.com>; Mike Jones <mikejones@potterminton.com>; Shaun Hassett <shaunhassett@potterminton.com>
**Subject:** RE: Oura v. Circular - Claim construction meet and confer

Tom – I am following up on the below. Please let me know whether the proposed time on Monday works for you for the required meet and confer.

Jas



**Jasjit Vidwan**
ASSOCIATE | ARENTFOX SCHIFF LLP

jasjit.vidwan@afslaw.com | 202.350.3752 DIRECT
Bio | My LinkedIn | Subscribe
1717 K Street, NW, Washington, DC 20006

---

**From:** Vidwan, Jasjit
**Sent:** Tuesday, October 17, 2023 11:55 AM
**To:** Tom.Rammer@icemiller.com; Earl.LeVere@icemiller.com; Jayme.Angeloni@icemiller.com; Caroline Small <csmall@dslawpc.com>
**Cc:** Carlan, Janine <janine.carlan@afslaw.com>; Mike Jones <mikejones@potterminton.com>; Shaun Hassett <shaunhassett@potterminton.com>
**Subject:** RE: Oura v. Circular - Claim construction meet and confer

Tom,

Let me know if 2:00pm CT (3:00pm ET) on Monday works for you and your team. If so, I can circulate the conference link.

Best,

Jas



**Jasjit Vidwan**
ASSOCIATE | ARENTFOX SCHIFF LLP

jasjit.vidwan@afslaw.com | 202.350.3752 DIRECT
Bio | My LinkedIn | Subscribe
1717 K Street, NW, Washington, DC 20006

**From:** Tom.Rammer@icemiller.com <Tom.Rammer@icemiller.com>
**Sent:** Tuesday, October 17, 2023 8:53 AM
**To:** Vidwan, Jasjit <jasjit.vidwan@afslaw.com>; Earl.LeVere@icemiller.com; Jayme.Angeloni@icemiller.com; Caroline Small <csmall@dslawpc.com>
**Cc:** Carlan, Janine <janine.carlan@afslaw.com>; Mike Jones <mikejones@potterminton.com>; Shaun Hassett <shaunhassett@potterminton.com>
**Subject:** RE: Oura v. Circular - Claim construction meet and confer

Let's set something for Monday early afternoon. Feel free to propose a time and we can massage if needed.

Thanks.

**From:** Vidwan, Jasjit <jasjit.vidwan@afslaw.com>
**Sent:** Tuesday, October 17, 2023 8:49 AM
**To:** Rammer, Tom <Tom.Rammer@icemiller.com>; LeVere, T. Earl <Earl.LeVere@icemiller.com>; Angeloni, Jayme <Jayme.Angeloni@icemiller.com>; Caroline Small <csmall@dslawpc.com>
**Cc:** Carlan, Janine <janine.carlan@afslaw.com>; Mike Jones <mikejones@potterminton.com>; Shaun Hassett <shaunhassett@potterminton.com>
**Subject:** RE: Oura v. Circular - Claim construction meet and confer

Tom,

Unfortunately, Friday does not work for us anymore. We are available Thursday, Oct. 19th (any time except for 12:30-3pm ET) or Monday, Oct. 23rd.

Please let me know if there are times on those days that would work for you.

Best,

Jas



**Jasjit Vidwan**
ASSOCIATE | ARENTFOX SCHIFF LLP

jasjit.vidwan@afslaw.com | 202.350.3752 DIRECT
Bio | My LinkedIn | Subscribe
1717 K Street, NW, Washington, DC 20006

**From:** Tom.Rammer@icemiller.com <Tom.Rammer@icemiller.com>
**Sent:** Tuesday, October 17, 2023 8:35 AM
**To:** Vidwan, Jasjit <jasjit.vidwan@afslaw.com>; Earl.LeVere@icemiller.com; Jayme.Angeloni@icemiller.com; Caroline Small <csmall@dslawpc.com>
**Cc:** Carlan, Janine <janine.carlan@afslaw.com>; Mike Jones <mikejones@potterminton.com>; Shaun Hassett <shaunhassett@potterminton.com>
**Subject:** RE: Oura v. Circular - Claim construction meet and confer

Friday afternoon would work for us. If 1:00 CDT works for you, please send an invite.

Thanks.

-Tom

---

**From:** Vidwan, Jasjit <jasjit.vidwan@afslaw.com>
**Sent:** Friday, October 13, 2023 3:27 PM
**To:** Rammer, Tom <Tom.Rammer@icemiller.com>; LeVere, T. Earl <Earl.LeVere@icemiller.com>; Angeloni, Jayme <Jayme.Angeloni@icemiller.com>; Caroline Small <csmall@dslawpc.com>
**Cc:** Carlan, Janine <janine.carlan@afslaw.com>; Mike Jones <mikejones@potterminton.com>; Shaun Hassett <shaunhassett@potterminton.com>
**Subject:** Oura v. Circular - Claim construction meet and confer

Tom,

I am writing to schedule a meet and confer for next week to narrow terms in dispute per the scheduling order. Please let me know your availability for next week.

Best,

Jas



**Jasjit Vidwan**
ASSOCIATE | ARENTFOX SCHIFF LLP

jasjit.vidwan@afslaw.com | 202.350.3752 DIRECT
Bio | My LinkedIn | Subscribe
1717 K Street, NW, Washington, DC 20006

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.