IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ŌURA HEALTH OY,<br><br>    *Plaintiff,*<br><br>v.<br><br>CIRCULAR SAS,<br><br>    *Defendant.* | **CASE NO. 6:22-cv-00478-ADA**<br><br>**JURY TRIAL DEMANDED** |
| CIRCULAR SAS,<br><br>    *Counterclaim-Plaintiff,*<br><br>v.<br><br>ŌURA HEALTH OY,<br><br>    *Counterclaim-Defendant.* | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's Scheduling Order (ECF No. 36) and the Court's Order Governing Proceedings (OGP) 4.3 - Patent Cases, Plaintiff Ōura Health Oy ("Ōura" or "Plaintiff") and Defendant Circular SAS ("Circular" or "Defendant") (jointly, "Parties") hereby provide this joint claim construction statement regarding claim terms, phrases, or clauses for U.S. Patent Nos. 10,893,833 and 10,842,429 ("Asserted Patents"):

1. Attached as **Exhibit A** are the Parties' agreed-upon constructions.

2. There are eight (8) disputed terms across the Asserted Patents. Attached as **Exhibit B** are each parties' proposed constructions of each disputed term, with supporting evidence.

1

DATED: January 16, 2024          Respectfully submitted,

*/s/ Shaun W. Hassett*
Michael E. Jones, State Bar No. 10929400
Shaun W. Hassett, State Bar No. 24074372
**POTTER MINTON**
102 North College, Suite 900
Tyler, TX 75702
Tel: 903.597.8311
mikejones@potterminton.com
shaunhassett@potterminton.com

**ARENTFOX SCHIFF LLP**
Janine A. Carlan (*pro hac vice*)
Jasjit S. Vidwan (*pro hac vice*)
1717 K Street, NW
Washington, DC 20006-5344
Tel: 202.857.6000
janine.carlan@afslaw.com
jasjit.vidwan@afslaw.com
***ATTORNEYS FOR PLAINTIFF***

By: *Tom Rammer, with permission*
Tom Rammer, (*pro hac vice*)
**ICE MILLER LLP**
200 W. Madison Street, Suite 3500
Chicago, IL 60606
Phone: 312-705-6016
Facsimile: 312-726-7102
Tom.Rammer@icemiller.com

T. Earl LeVere
250 West Street, Suite 700
Columbus, OH 43215
Phone: 614-462-1095
Facsimile: 614-462-5135
Earl.LeVere@icemiller.com

Caroline Newman Small (SBN: 24056037)
E-mail: csmall@dslawpc.com
DAVIS & SANTOS, PLLC
719 S. Flores Street
San Antonio, Texas 78204
T: (210) 853-5882
F: (210) 200-8395
***ATTORNEYS FOR DEFENDANT***