# **EXHIBIT A**

**EXHIBIT A – AGREED UPON TERMS**

I. **U.S. PATENT NO. 10,842,429**

| No. | CLAIM TERM | ASSERTED CLAIMS | AGREED CONSTRUCTIONS |
|---|---|---|---|
| 1. | "obtaining the user's movements" | Claim 1 | "collecting data regarding the user's movements" |
| 2. | "instructions related to physical activity and mental activity for improving the readiness score" | Claims 1 and 8 | "instructions related to at least one physical activity and at least one mental activity for improving the readiness score" |
| 3. | "an activity determination device" | Claim 9 | "a device other than the ring or the mobile device that measures activity and can communicate with the mobile communication device" |

II. **U.S. PATENT NO. 10,893,833**

| No. | CLAIM TERM | ASSERTED CLAIMS | AGREED CONSTRUCTIONS |
|---|---|---|---|
| 4. | The preamble: "A wearable electronic device" | Claim 1 | The preamble is limiting. |

4