UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ŌURA HEALTH OY, )<br> )<br>    Plaintiff and Counterclaim )<br>    Defendant, )<br> )<br>v. )<br> )<br>CIRCULAR SAS, )<br> )<br>    Defendant and Counterclaim )<br>    Plaintiff. )<br> ) | Case No. 6:22-cv-478<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING JOINT MOTION TO STAY**
**PENDING RESOLUTION OF ITC PROCEEDINGS**

Before the Court is Defendant Circular SAS's and Plaintiff Ōura Health OY's joint motion to stay all proceedings in this action pending the resolution of a parallel proceeding before the U.S. International Trade Commission, including all appeals, and having concluded that good cause exists for the requested relief:

IT IS HEREBY ORDERED that Defendant Circular SAS's and Plaintiff Ōura Health OY's joint motion is GRANTED, and that all proceedings in this action are stayed pending the resolution of International Trade Commission Investigation No. 337-TA-1398, including all appeals.

**SIGNED** THIS _____ day of _____, 2024.

_____
HON. ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE